PROVIDED TO OKEECHOBEE CORRECTIONAL INSTITUTION ON 11-7-22 FOR MAILING BY

T. McClain

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

PROVIDED TO OKEECHOBEE CORRECTIONAL INSTITUTION ON 11-7-22 FOR MAILING BY

# UNITED STATES DISTRICT COURT

for the

District of West Palm Beach

Southern Division Florida

MR. TERENCE M. MCCLAIN

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

U.S.A. INC./Trans. Agencies/CORP.

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ______

*(to be filled in by the Clerk's Office)*

FILED BY 69 D.C.

NOV 14 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

# UNITED STATES DISTRICT COURT

for the District of

West Palm Beach Southern Division Florida

Plaintiffs -V- Defendants

See next page

FIDUCIARY'S of

plaintiff(s)

EDWARD M. MCCLAIN Jr.

deceased; LINDA N. MCCLAIN

EDWARD G. MCCLAIN

DONNELL V. MCCLAIN

TIA M. MCCLAIN

TERENCE M. MCCLAIN Jr.

GREG E. MCCLAIN :

TRILL"VEYON M. MCCLAIN

JARQUAVION MCCLAIN

And any Arm length breathing blood and flesh Siblings and new born babies in the family

# UNITED STATES DISTRICT COURT
for the District of
SouthernDivision Florida

## Plaintiffs

Benificiary's of the Fiduciary's and of the plaintiff;

Industrial and commercial Bank of china (ICBC)

Barclay's PLC GB 6512 SCC 4.05

China Construction Bank corporation(CCB)

Capital Group Companies Inc. The U.S. 6713 IN 6.66

Apple Inc.

FMR Corp U.S. 6713 IN 8.94

Agricultural Bank of china Limited (ABC)

AXA FR 6712 SCC 11.21

JP Morgan chase & co. U.S. 6512 SCC 14.55

State Street Corporation U.S. 6713 SCC 13.02

Toyota Motor Corporation

Legal & General Group PLC GB 6603 SCC 16.02

Samsung

# UNITED STATES DISTRICT COURT
for the District of
Southern Division Florida

## Plaintiffs

Benificiary's of the
Fiduciary's and of the plaintiff

Vanguard Group, Inc. The U.S. 7415 IN 17.25
Wal-Mart
UBS AG CH 6512 SCC 18.46
Petro China
Merrill Lynch & Co. Inc. U.S. 6712 SCC 19.45
Bank of China Limited
Wellington Management Co. L.L.P. U.S. 6713 IN 20.3
Exxon Mobil
Deutsche Bank AG DE 6512 SCC 21.17
General Electric
Franklin Resources, Inc. U.S. 6512 SCC 21.99
Volkswagen Group
Credit Suisse Group CH 6512 SCC 22.81
BerkShire Hathaway

# UNITED STATES DISTRICT COUR
## for the District of
### Southern Division Florida

## Plaintiffs

Benificiary's of the Fiduciary's and of the plaintiff

Walton Enterprises L.L.C. U.S. 2923 T&T 23.56
GazProm
Bank of New York Mellon Corp. U.S. 6512 IN 24.28
Google INC.
NATIXIS FR 6512 SCC 24.98
Royal Dutch Shell
GoldMan Sachs Group Inc. U.S. 6712 SCC 25.64
Bank of America Corporation U.S. 6512 SCC 29.79
T. Rowe Price Group, Inc. U.S. 6713 SCC 26.29
B P INC.
Legg, Mason Inc. U.S. 6712 SCC 26.92
Wells Fargo & Company

# UNITED STATES DISTRICT COURT
for the District of
Southern Division Florida

## Plaintiffs

Benificiary's of the
Fiduciary's and of the plaintiff

Morgan Stanley U.S. 6712 SCC 27.56
Microsoft Corporation
Mitsubishi UFJ Financial Group Inc. Jp 6512 SCC 28.16
HSBC Holdings P/C
Northern Trust Corporation U.S. 6512 SCC 28.72
AT&T
Societe Generale Fr. 6512 SCC 29.26
Sinopec Group
Lloyds TSB Group PLC GB 6512 SCC 30.30
IBM
Invesco P.L.C. GB 6523 SCC 30.82
Rosneft OAO
Allianz se De 7415 SCC 31.32

# UNITED STATES DISTRICT COURT
for the District of
Southern Division Florida

## Plaintiffs

Benificiary's of the
Fiduciary's and of the Plaintiff

Daimler AG
TIAA U.S. 6601 IN 32.24
BNP Paribas FR 6512 SCC 38.56
Verizon communications
Old Mutual Public Limited company GB 6601 SCC 32.6
Petroleo Brasileiro S.A (petrobras)
Aviva P.L.C. GB 6601 SCC. 33.14
China Mobile Communications Corporation
Schroders P.L.C. GB 6712 SCC 33.57
Chevron corporation
Dodge & Cox U.S. IN 34.00
Citigroup

# UNITED STATES DISTRICT COURT
for the District of
Southern Division Florida

## Plaintiffs

Benificiary's of the
Fiduciary's and of the plaintiff
Lehman Brothers holdings, Inc. U.S. 6712 SCC 34.4
Total S.A.
Sunlife Financial Inc. CA 6601 SCC 34.82
Nestle S.A.
Standard Life PLC GB 6601 SCC 35.2
BHP Billiton
CNCE FR 6512 SCC 35.57
Bayerische Motoren werke AG (BMW)
Nomura Holdings, Inc. JP 6512 SCC 35.92
Siemens AG
The Depository Trust company U.S. 6512 IN 36.28
Vodafone Group P/C
Massachusetts Mutual Life Insur. U.S. 6601 IN 36.63
Procter & Gamble Co.

# UNITED STATES DISTRICT COURT
for the District of
Southern Division Florida

Plaintiffs

Benificiary's of the
Fiduciary's and of the plaintiff
INC Group N.V. NL 6603 SCC 36.96
Ford Motor Company
Brandes investment partners, L.P. U.S. 6713 IN 37.29
Johnson & Johnson
Unicredito Italiano SPA IT 6512 SCC 37.61
Eni S.P.A.
Deposit Insurance Corporation of JP JP 6511 IN 37.93
Banco Santander S.A.
Vereniging Aegon NL 6512 IN 38.25
Sberbank of Russia
Affiliated Managers Group Inc. U.S. 6713 SCC 38.88
American International Group Inc.

# UNITED STATES DISTRICT COURT

for the District of

Southern Division Florida

Plaintiffs

Benificiary's of the
Fiduciary's and of the plaintiff

ReSona Holdings, Inc. JP 6512 SCC 39.18
Capital Group International Inc. US 7414 IN 39.48

# UNITED STATES DISTRICT COURT

for the District of

West Palm Beach southern Division. Florida

## Defendants.

MICHAEL RICHARD PENCE
d.b.a. U.S.A. inc.

GARY GENSLER
d.b.a. US Securities Exchange Commission
Agency executive Chairman

CHARLES P. RETTIG
d.b.a.(I.R.S.) Internal Revenue service

JANET LOUISE YELLEN
d.b.a. U.S. Department of Treasury

LAUREL M. LEE
d.b.a. Secretary of the state of Florida

# UNITED STATES DISTRICT COURT
for the District of
Southern Division Florida

## Defendants

BOB P. LEBLANC
d.b.a. 9th circuit Judge of Florida;

EMERSON R. THOMPSON, JR.
d.b.a. 9th circuit Judge of Florida

DAN TRAVER
d.b.a. 5th district Appeal circuit court for orange county, Florida

"J" Doe" SAWAYA
"J" Doe" TORPY
"J" Doe" EISNAUGLE
"J" Doe" JJ all d.b.a. 5th District of Appeal Judges of Florida

CHARLES TERRANCE CANADY
d.b.a. Chief Judge in the Supreme Court of Florida 2nd district court of Appeals

# UNITED STATES DISTRICT COURT
for the District of
Southern Division Florida

## Defendants

MARK E. NE JAME
ERICK BARKER
JAYA BALANI, all d.b.a. as defen
Attorneys Licenses and Bonded under the
florida Bar Association.

PATRICK MICHAEL MEGARO
d.b.a. Halscott Megaro defense Appeal
Attorneys Licenses and Bonded under the
florida Bar Association

JHON HUGH
BUDDY DYER d.b.a Mayor of
orlando, Florida

ORLANDO ROLON d.b.a Chief
of Police of the orlando, orange
County Sherriff office Orlando, Florida

# UNITED STATES DISTRICT COURT
for the District of
Southern Division Florida

## Defendants

RICKY DIXON
d.b.a. Secretary of Department of Corrections of the State of Florid
ANDREA KARYN TOTTEN,
WILLIAM MARCH, DAVID SHAPIRO,
RICHARD NELSON, NUREN HAIDER,
AUGIE RIBEIRO, ASHLEY MOODY
all d.b.a. Attorney Generals of the State of Florida

LINDSEY E. FREEMAN
RYAN JAMES VESCIO
SENFORIAN RESTREPO
ARAMIS D. AYALA
all d.b.a. the State Attorney's in the Ninth Judicial circuit of the State of Florida

# UNITED STATES DISTRICT COURT
## for the District of
## Southern Division Florida

## Defendants

PAMELA JO. BONDI
d.b.a. Attorney General of Florida

ANTHONY J. GOLDEN
d.b.a. Assistant Attorney General in the 5th district court of Appeals of Florid

MARCIA MORALES HOWARD
d.b.a. Judge in the united states district court Middle district of Florida

SARAH FREEMAN d.b.a. Assistant State Attorney for the 9th Judicial circuit in orange county orlando Florida

NATALIE E. STRATIS MALAK d.b.a Assistant state Attorney for the 9th Judicial circuit in orange county orlando Florida

# UNITED STATES DISTRICT COUR.

for the District of

Southern Division Florida

## Defendants

MONIQUE WORRELL
d.b.a. State Attorney of the 9th Judicial circuit of Florida

JERRY L. DEMINGS d.b.a.
Mayor of orlando Florida./Cheif of orange county police at the time

JOHN MARSHALL KEST

d.b.a. the 9th Judicial circuit of Florida Magistrate Judge.

AMANDA CARTWRIGHT d.b.a.
Forensic CSI of Florida Department of Law Enforcement office

BRIAN CASSIDY d.b.a. C.S.I.
Florida Department of Law Enforcement

SUSAN MEARS d.b.a. C.S.U. Florida
Department of Law enforcement orange county sherrifs office

# UNITED STATES DISTRICT Court
## for the District of
### Southern Division Florida

## Defendants

CHRISTINE LAWRANCE d.b.a. C.S.U for orange county sherriffs department

J.B BOOK d.b.a. orange count sherriffs officer in orlando Florida

TIM ROBINSON d.b.a. orange County sherrifs officer in orlando Fl

BILLY WOOLWINE d.b.a. orange County sherriffs officer in orlando Fl.

GERALD M. BAILEY d.b.a. Commissioner of the Florida Departme of Law Enforcement

BILL MCCOLLUM d.b.a. Attorney General of the state of Florida

# UNITED STATES DISTRICT COURT

for the District of
Southern Division Florida

## Defendants

LORA ROJERO d.b.a.
Forensic crime scene investigato
for orange county sherrifs office
of orlando Florida.

MELISSA CARDIELLO
d.b.a. C.S.I. Agent for the orange
county sherrifs Forensics office
of orlando Florida

KEVIN POSTON d.b.a.
detective of the orange county
sherrifs office of orlando Florida

SARAH L. HAYMAN d.b.a.
Crime Laboratory Analyst for the Florid
department of Law enforcement

# UNITED STATES DISTRICT COURT

for the District of

Southern Division Florida

## Defendants

GINETTE RODRIGUEZ

d.b.a. detective for the orange County sherrifs office of orlando Florida.

ADRIENNE RICHARDS d.b.a. detective for the orange county Sherrifs office of orlando Florida

JERRY NELSON d.b.a. detective for the orange County Sherrifs office of orlando Florida

MARK KELLER d.b.a detective for the orange County Sherrifs office of orlando Florida

# UNITED STATES DISTRICT COURT

for the District of
Southern Division Florida

## Defendants

DANNY ANDERSON d.b.a.
detective for orange County
sherrifs office of orlando Fl.

PAUL YOAST d.b.a.
Leutentant detective for orang
county sherrifs office of
orlando Florida.

GRAYSON GREGORY d.b.a.
Sergant detective for orange count
Sherrifs office of orlando Florida

WILLIAM RILEY d.b.a.
detective for orange county
sherrifs office orlando Florida

# UNITED STATES DISTRICT COURT

for the District of

Southern Division Florida

## Defendants

EMILY SMITH d.b.a.
D/S - UPD/unit for the orange
County sherrifs office of orlando FL

PATRICIO GORIS d.b.a.
Forensic Crime scene Agent
for the orange county sherrifs
office orlando Florida

CHRISTOPHER MUNDEN d.b.a
orange county Crime scene
Detective of the sherrifs offic

RONALD BARBA d.b.a. orange
County sherrifs Forensic Agent

DANIEL O'DONNELL d.b.a.
orange county sherrifs Forensi
Agent orlando Florida

# UNITED STATES DISTRICT COURT

## for the District of

## Southern Division Florida

## Defendants

RONALD A. MURDOCK

d.b.a. as a investigation Notary Public for the orange county Sherrifs office and the State o Florida

DAN AUGUSTYNIAK d.b.a.

Special agent supervisor for the Sworn training unit for Forensic office of the Florida department of Law enforcement

CHRISTOPHER WRAY d.b.a.

Federal Bureau Investigation

# UNITED STATES DISTRICT COURT
for the District of
Southern Division Florida

## Defendants

RICK SWEARINGEN d.b.a. Commissioner of the Florida department of Law enforcement offic

MARK GLASS d.b.a. Seat executive holder for the Florida department of Law enforcement office

DEAN REGISTER d.b.a. criminal Justice proffessionalism for the Florida department of Law enforcement office

VICKIE KOENIG d.b.a. Criminal Justice proffessionalism deputy director for the Florida department of Law enforcement office

JESSICA GILLARD d.b.a. Administrativ Assistant criminal Justice proffessionalism direc office for the Florida department of Law enforcement

# UNITED STATES DISTRICT COURT
## for the District of
## Southern Division Florida

## Defendants

JEFF EIFLER d.b.a. Orlando, Florida, orange county sherriff office sergant police officer

JHON MINA d.b.a Orlando, Florida orange county sherriff office police detective

JAMIE A. HOFFMAN d.b.a. Orlando, Florida orange county sherri[ff] office police detective

TIM PETREE d.b.a Florida Department Law Enforcement officer

LINDSEY WILLET d.b.a. Forensic DNA Analyst at Florida Department of Law Enforcement office

# UNITED STATES DISTRICT COURT
for the District of
Southern DIVISION Florida

## Defendants

YVETTE MCNABB d.b.a. Forensic DNA Analyst at Florida Department of Law Enforcement office

JASON BUNDY d.b.a. Forensic Service Director for the Florida d.L enforcement office

CHRIS CARNEY d.b.a. Forensic deputy director of Florida department of Law enforcement office

LEIGH CLARK d.b.a. Forensic deputy director for the Florida departme of Law enforcement office

DAN RICHARDSON d.b.a. Forensic quality Manager for the Florida departme of Law enforcement office

# UNITED STATES DISTRICT COURT

for the District of

Southern Division Florida

## Defendants

ALEX SINK d.b.a. Chief Financial officer for the Florid[a] Department of LAW Enforcement

CHARLES H. BRONSON d.b.a. Commissioner of Agriculture for the Florida Department of Law Enforcem[ent]

CHRISTINE NARKIEWIEZ d.b.a. Crime Laboratory Analyst for the Florida Department of Law enforcement

LINZEE WILLETTE d.b.a. Crime Laboratory Analyst for the Florida Department of Law Enforcement

# UNITED STATES DISTRICT COURT
for the District of
Southern Division Florida

## Defendants

T. MAZION-BARNES d.b.a Florida Department of Law enforcement Analyst Agent

JEFF ATWATER d.b.a. CHIEF FINANCIAl office for the Florida Department of Law Enforcement

ADAM PUTNAM d.b.a. Commissioner of Agriculture for the Florida Department of Law enforcement.

JENNY WELCH d.b.a Forensic unit C.S.I. for the orange county Sherrifs office orlando Florida

# UNITED STATES DISTRICT COURT
for the District of
Southern Division Florida

## Defendants

GLEN HOPKINS d.b.a.
Bureau chief Bureau of Standards

ASHLEY PENNINGTON d.b.a.
Bureau chief Bureau of Training

BRETT KIRKLAND d.b.a.
Bureau chief Bureau of policy and special programs

CHRIS JOHNSON d.b.a. Bureau chief of proffessional Development

# UNITED STATES DISTRICT COURT

for the District of

Southern Division Florida

## Defendants

MONTE C. RICHARDSON

d.b.a. united States District Court middle District of Florida Jacksonville Division

JHON "DOE" ADAMS d.b.a. as a 9th circuit Judge in orlando Florida

C.J. STASNEY

d.b.a. the chaplin priest for the department of corrections in the state of Florida

# UNITED STATES DISTRICT COUR
# for the District of
## Southern Division Florida

## Defendants

M. ARSENAULT d.b.a. RDH for centurion medical Agency contracte by the department of corrections in the State of Florida

A. PADGETT d.b.a. Health Service Administrator for centurion medical Agency contracted by the department of corrections in the State of Florida

S. JORDAN d.b.a. SHSA for Centurion medical Agency contracted by the department of corrections in the State of Florida

STEVEN H. WHEELER d.b.a. Co founder of centurion Dental Centres ceo.

# UNITED STATES DISTRICT COURT
for the District of
Southern Division Florida

## Defendants

F. WITTER d.b.a. Medical doctor for centurion Health and dental Agency

MICHELLE SCHOUEST d.b.a. IISC for the Florida department of Corrections

# UNITED STATES DISTRICT COURT

for the District of

Southern Division Florida

## Defendants

TOM REIMERS d.b.a.
director of Florida department of corrections grievances sect.

JIM MCCLASKEY d.b.a.
Co-founder of centurion medical and dental Agency

ALEYDA FERRER DUCHESNE
d.b.a. Dental Medical Doctor for Centurion Health and dental agency

CYNTHIA LESSMAN d.b.a.
Dental Assistant for Centurion Health and dental agency

JORGE DE LOS SANTOS d.b.a.
Conceded co founder of centurion medical and dental Agency

# UNITED STATES DISTRICT COURT

for the District of

Southern Division Florida

## Defendants

F. WITTER d.b.a. Medical doctor for centurion agency contracted by the department of corrections in the state of Florida

MICHELLE SCHOUEST d.b.a. HSC for centurion Medical agency contracted by the department of Corrections in the State of Florida

H. WRIGHT d.b.a. HIS for Centurion Medical Agency contracted by the department of corrections in the state of Florida

W. HALL d.b.a. Register Nurse for centurion Medical Agency Contracted by the department of corrections in the state of Florida director of nursing

# UNITED STATES DISTRICT COURT

for the District of

Southern Divisions Florida

## Defendants

J. DAWSON d.b.a. warden
Secretary Representative for the department of corrections in the State of Florida

Y. BOWDEN d.b.a. warden
Secretary Representative for the department of corrections in the State of Florida

J. BRUNSON d.b.a. warden
Secretary Representative for the department of corrections in the State of Florida

# UNITED STATES DISTRICT COURT

for the District of

southern Division Florida

## Defendants

JHON "DOE" ADAMS d.b.a Officer for the State of Florida department of corrections.

C. NEEL d.b.a. Secretary representative for the wardens of the state of Florida department of corrections

A. LIU d.b.a. Leutentant for the state of Florida department of corrections

J.S. REENS d.b.a. officer ~~for~~ the state of Florida department of corrections

# UNITED STATES DISTRICT COUR
# for the District of
## Southern Division Florida

## Defendants

G. DURAND d.b.a. Registere nurse, SHSA for centurion medica Agency Contracted by the department of corrections in the state of Florida

G. NOE d.b.a. Medical Doctor for centurion medical agency contracte by the department of corrections in the state of Florida

M. POPADIUK d.b.a. CDA for centurion medical agency contracte by the department of corrections in the state of Florida

FERNANDO ASSING d.b.a. centurion co founder Dental centres ceo.

# UNITED STATES DISTRICT COURT
for the District of
Southern Division Florida

## Defendants

JHON "DOE" KERPSACK d.b.a. officer for the department of corrections of the state of Florida.

MARLO BAGGETT d.b.a. Chairman for the department of Corrections of the state of Florida

BRANDON D. ODOM d.b.a. the secretary for the warden for the department of corrections of the State of Florida

# UNITED STATES DISTRICT COURT

for the District of

Southern Division Florida

## Defendants

C. TYLER d.b.a. warden
Secretary Representative for the department of corrections in the State of Florida

J.D. MASON d.b.a. warden
Secretary Representative for the department of corrections in the state of Florida

RACHEL C. CANTLER d.b.a
Leutentant for the department of Corrections of the state of Florida

JHON "DOE" STELLIMEN d.b.a
Captain officer for the department of Corrections in the State of Florida

# UNITED STATES DISTRICT COURT

for the District of

Southern Division Florida

## Defendants

JHON "DOE" JONES d.b.a. Sergant / Leutentant officer for the department of corrections in the State of Florida

JHON "DOE" SMALL d.b.a. Sergant officer for the department of corrections in the State of Florida

JHON "DOE" DAY d.b.a. Sergant officer for the department of corrections in the State of Florida

JHON "DOE" DANIO d.b.a. Sergant officer for the department of corrections in the State of Florida

# UNITED STATES DISTRICT COURT
for the District of
Southern Division Florida

## Defendants

JHON "DOE" SORIANO d.b.a officer for the department of Corrections in the state of Florida

JHON "DOE" RHODES d.b.a. officer for the department of Corrections in the state of Florida

JHON "DOE" FLEMING d.b.a. officer for the department of Corrections in the state of Florida

CIERRA E. ALLEN d.b.a. Lieutentant officer for the department of corrections of the State of Florida

# UNITED STATES DISTRICT COURT
for the District of
Southern Division Florida

## Defendants

JAMES C. MCCONVILLE
d.b.a. General of the united states arm

JIM SYRING d.b.a. U.S.S.A.
Property Casualty Insurance group
Military

WAYNE PEACOCK d.b.a.
U.S.S.A. Military office seat holder

PATRICA TEAGUE d.b.a.
Military chief Human Resource
officer of the U.S.S.A. Military

JAMES M. ZORTMAN d.b.a.
U.S.S.A. Military Board of director

# UNITED STATES DISTRICT COURT
## for the District of
### Southern Division Florida

## Defendants

HERMAN E. BULLS d.b.a
U.S.S.A. Colonel of the Military

JUAN C. ANDRADE d.b.a.
board of director of the U.S.S.A.
Military

EILEEN M. COLLINS
d.b.a. U.S.S.A. Colonel of the military

DAVID DARNELL d.b.a.
board of director of the U.S.S.A. militar

RAYMOND P. DAVIS d.b.a board
of director of the U.S.S.A. military

# UNITED STATES DISTRICT COURT

for the District of

Southern Division Florida

## Defendants

TRACY L. GARRETT d.b.a. U.S.S.A. Military Major general

MARY E. LANDRY d.b.a. Rear admiral of the U.S.S.A. military

DARREN W. MCDEW d.b.a. General of the U.S.S.A. Military

TRACY B. MCKILLEN d.b.a. board of director of the U.S.S.A. military

DAVID F. MELCHER d.b.a. Lieutenant general of the U.S.S.A. military

# UNITED STATES DISTRICT COURT

for the District of

Southern Division Florida

## Defendants

WILLIAM F. MORAN JR.

d.b.a. Admiral of the board of director for the U.S.S.A. military

AI GERALD R. MURRAY

d.b.a. Chief master Sergant for the U.S.S.A. military

G. PATRICK PHILLIPS d.b.[illegible]

board of director for the U.S.S.A. militar[illegible]

ROBERT L. VANANTWERP d.b.[illegible]

Lieutenant general for the U.S.S.A. militar[illegible]

# UNITED STATES DISTRICT COURT

for the District of

Southern Division Florida

## Defendants

JOHN F. YOUNG d.b.a.
board of director for the U.S.S.A. militar

DONA YOUNG d.b.a.
board of director for the U.S.S.A. militie

JANE "DOE" CYNTHIA A. TIDWELL
d.b.a. President and CEO of Royal
neighbors of America

JOHN A. "DOE" d.b.a. general
Counsel secretary for Royal neighb
of America

# UNITED STATES DISTRICT COURT

for the District of

Southern Division Florida

## Defendants

RYAN DWAYNE ATKINS d.b.a. Selling Agent for Royal neighbors of America.

VICTORIA CIRIAC d.b.a. senior claims Examiner registered nurse for Royal neighbors of America.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: TERENCE M. MCCLAIN/FIDUIARY's of
All other names by which you have been known: Plaintiff(s)/BENIFICIARY's of FID. Plain.
ID Number: #D.C.#X15484
Current Institution: Okeechobee Correctional Institution
Address: 3420 NE. 168th Street
Okeechobee (City) FL. (State) 34972 (Zip Code)

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: MICHAEL RICHARD PENCE
Job or Title *(if known)*: U.S.A. inc.
Shield Number: N/A
Employer: N/A
Address: N/A
N/A (City) N/A (State) N/A (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 2

Name: GARY GENSLER
Job or Title *(if known)*: d.b.a. U.S. SECURITIES EXCHANGE
Shield Number: N/A
Employer: Commission Agency executive Chairman
Address: N/A
N/A (City) N/A (State) N/A (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 3

Name: CHARLES P. RETTIG

Job or Title *(if known)*: INTERNAL REVENUE SERVICE (I.R.S.)

Shield Number: N/A

Employer: N/A

Address: N/A

N/A (City) N/A (State) N/A (Zip Code)

☑ Individual capacity ☑ Official capacity

Defendant No. 4

Name: JANET LOUISE YELLEN

Job or Title *(if known)*: U.S. DEPARTMENT OF TREASURY

Shield Number: N/A

Employer: N/A

Address: N/A

N/A (City) N/A (State) N/A (Zip Code)

☑ Individual capacity ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violations of the First thru twenty Fourth Amends-USCA of civil Rights Human Rights A breach of a fiduciary obligation constructive Fraud and misRepresentation and meaningful ~~Health (And) Dental Care~~ cruel and unusal punishment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Violations of the first(1st) thru twenty fourth (24th) Amendment all Amends - U.S.C.A. adopted by the fourteenth (14th) Amend Rights to Adequate See Attach pag

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

All claims Arose At plaintiff Birth of [redacted] Life 12-21-77

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

All claims arose from the birth of plaintiff before Fathers down to the last born sibiling family

D. Continue:

Meaningful treatment of Life Liberty Health Care custody and Controll to liberal decisions under color of state or local Law in the Jurisdiction of any state or Territory or the District of Columbia as Legislatures office seat holders Corporations, Agencies, with out making rulings decisions Judgements of prejudice of denied Answers to plaintiff Complaints grievances motions and all other registry under rules regulations statues Constitutional civil rights under U.S.C.A. 14th Amendment As Trustees handling secured Breathing human beings as tax title property and Exchange product under U.S.A. inc. security corporations, Agencies of equal protection claus Health, Wealth, Life Liberty as all offices fail to do so while plaintiff and Fiducia were born under U.S.A. inc and operated under the constitution of U.S.C.A. Care custody and control civil rights license

# IV. Statement of Claim

## Section (D)

There was a three way inJured party in the case of Plaintiff 2010-CF-14279-A-0 resulted in a shoot out with several shooters in the wea hours of 3:00am in the night morning complexion of outdoors at a street block party with over 500 people attending plaintiff were one of the inJured parties that were struck by bullets in the back and in the leg while back were turnt walking away from everyone that attended the party eye wittnesses had several different stories of that night because they all were drinking alcohol beverages so there fore there were no crediable eye wittnesses only evidence of physical facts of the direction the bullets were flying and landing I the plaintiff couldn't see anything and blacked out and ended up at the hospital with fresh bleeding bullet holes in my body and standing over me was detective Jamie A. Hoffman pleading and begging plaintiff to press charges on another inJured party by the name of Jessie Ingram detective Hoffman gained angry energy yelling at plaintiff when plaintiff was worried about living and not dying at the moment while waiting on surgey so plaintiff start yelling back and told detective Hoffman get the fuck out my face im not worried about pressing charges im worried about me living or dying

# IV. Statement of Claim

## Section (D)

And is my family members OK at that moment of conversation detective Hoffman left for about one minute and came back and said they as in more assins just shot your house up on 1642 Lucy terry Ave. Apopka Florida so then at that moment detective Hoffman felt as he losing this case as plaintiff being the primary Aledged victim so he started rearanging the evidence thats true facts into his own theory of suspect and victim and offered me a declination of intent/prosecution that if you as the plaintiff dont wish to press charges sign this declination of intent and Hoffman handed the declination to plaintiff over his dying bed in the hospital bleeding with fresh bullet holes in plaintiff body awaiting for surgey Then detective Hoffman started creating a fraud case after plaintiff sign the declination of intent see Exibits A Buddy Dyer, Jhon Hugh, Jerry L. Demings all Mayors and Chief of police of orange County orlando Florida Jurisdiction all participated in the Constructive Fraud case on plaintiff and cruel and unusal Punishment by sworn under oath officers detectives of the Florida department of Law enforcement, Bureau of investigations to work in the Jurisdiction of orange County Florida as Trustees on crime scenes

# IV. Statement of Claim

## section (D)

As detectives, Analyst, CSI Forensic Agents all detectives and Agents participated were Orlando Rolon, Rick Swearingen, Mark Glass, Dean Register, Vickie Koenig Jessica Gillard, Amanda Cartwright, Brian Cassidy, Susan Mears, Jeff Eifler, Jhon Mina, Jamie A. Hoffman, Tim Petree, Lindsey Willet, Yvette McNabb, Jason Bundy, Chris Carney, Leigh Clark, Dan Richardson, Christine Lawrence, J.B. Jhon Book, Tim Robinson, Billy Woolwine, Gerald M. Bailey, Bill McCollum, Alex Sink, Charles H. Bronson, Christine Narkiewiez, Linzee Willette, T. Mazion-Barnes, Jeff Atwater, Adam Putnam, Jenny Welch, Emily Smith, Patricio Goris, Christopher Munden, Ronald Barba, Daniel O'Donnell, Danny Anderson, Paul Yoast, Grayson Gregory, William Riley, Ronald A. Murdock, Dan Augustyniak, Christopher Wray, Ginette Rodriguez, Adrienne Richards, Jerry Nelson, Mark Keller, Lora RoJero Melissa Cardiello, Kevin Poston, Sarah L. Hayman, Glen Hopkins, Ashley Pennington, Brett Kirkland Chris Johnson

# IV. statement of Claim

## section (D)

And manage to leave out evidence thats physical evidence thats directed to all primary suspects evidence of other sworn hand written Affidavits of eye wittnesses for the plaintiff multiple shell casings besides three fire arms that were describe in plaintiff motion of discovery see. Exibits A plaintiff demands united states district court to move in order of all evidence thats were discovered the 29th day of August 2010 in orange county Florida on 30 Ella J Gilmore street in Apopka Florida OCSO case number: 10-78363 Detective Jamie Hoffman persuaded All OCSO detectives supervisers FDLE crime scene unit Investigators Bureau of Federal Bureau of investigations to disregard the physical evidence of license train crime scene Agents sworn under oath and remain with his theory of creating the victim as the suspect which is plaintiff and rearange the primary suspect of the evidence when shown in the light as the victim which would be a unknown unIdentified injured party

# IV. Statement of Claim

## Section (D)

In the ninth circuit court of Law and evidence of discovery in orange county Florida that district Attorney's and Jamie Hoffman with O.C.S.O. officers and F.D.L.E Agents Crime scene techs discovered blood samples of DNA full bullet round right in the area of Jessie Ingram who never physically Identified him self in a deposition court hearing or either trial of two trials district Attorney's of the ninth Judicial circuit court never presented A victim to prosecute plaintiff detective Jamie Hoffman claims in a statement that he met with Jessie Ingram on september 13, 2010 and recieved a sworn Audio recorded statement of Jessie Ingram but Know video was provided with the recorded statement to identify were that Jessie Ingram who recorded the statement The recorded statement was cohersed before the recorder Audio was on record Jamie Hoffman provided a story of his own theory then turned the Audio recorder on and stated lets go over the story we Just talked about Then when finish Jamie Hoffman asked

# IV. Statement of Claim

## Section (D)

Aledgely victim Jessie Ingram to sign the recorded Affidavit statement and Jessie Ingram stated No he not signing No paper see Jessie Ingram statement in Exibit. A Fiduciary's hired Lawyers/Agents of Mark Ne Jame, Erick Barker, Jaya Balani as Agents for the defense of criminal law they owed Fiduciary's a obligation of fiduciary's duty of honesty of Lawyers in a Professional responsibility sense Fiduciary's are the soul monetary provider for the plaintiff thats held in bondage of the 13th Amendment and cannot gain any monetary Funds for agencies Fees of service so plaintiff rely on Fiduciary's to act as payees so Fiduciory's do as the scope of i.e. supose to regulate in the Commercial way of doing buisness under U.S.A. inc. so Fiduciory's reposes special trust and confidence in defense Attorney's Mark E. NE Jame Erick Barker, Jaya Balani so plaintiff follow the suit as a client trusting these defense Attorney's

# IV. Statement of Claim

## Section (D)

As hired Constructive means to build Fraud means Deceit, Trickery Tricks impostor cheat from the time defense Attorney's were hired they reviewed the evidence of O.C.S.O. officers, F.D.L.E. crime scene Agents, district Attorney's of the 9th Judicial Circuit of orange County Florida and signatures of Magistrate Search warrants and to Aperhend the Plaintiff As defense Attorney's under oath of the Florida Bar and the license of the 72 greater of the Bar of England they retreated on the behalf of plaintiff and Fiduciary's duties and Went to the duties of the third parties as all defendants that plaintiff has under sanction under the 1983 42 U.S.C.A. civil rights claims from peliminary hearing defense Attorney's allowed the State of Florida to Charge plaintiff with the statues liens of §§ 782.04(1)(a)(1) Attempted first degree murder with a firearm and possession of a firearm by a convicted felon in violation of Florida statues § 790.23

# IV. Statement of Claim

## section (D)

on November 23, 2010 Defense Attorney's of Plaintiff Allowed Defendants that's d.b.a. ~~Attorney~~ generals and district Attorney's for an the state of Florida 9th Judicial circuit And an for orange county Florida to file charges and proceed the criminal case on plaintiff with out having enough evidence to prolong morer than a initial Arrangement of a 45 day standard by the Constitutional civil rights of due process Defendants Defense Attorneys in plaintiff claims of Constructive Fraud misrepresentation and meaningful Health and Dental cruel and unusal punishment A breach of a fiduciary obligation of civil Rights and Human Rights allowed all defendants to indulge in a constructive Fraud manner of Plaintiff life liberty Health and Freedom of a breathing Flesh and blood Human being

# IV. Statement of claim

## section (D)

repersented by Attorney's of criminal Defense of Law Mark NE. Jame, Erick Barker, Jiya Balani reviewed evidence of No victim of a forceable felony case as plaintiff is charged with and the evidence when reviewed in the light is an are the evidence of Facts of a Justifiable use of force when a human being life is at the moment of life and death sittuation Attorneys of the state of Florida District and Defense all build Fraudualent evidence around plaintiff to be charged as a suspect of case number 2010-CF-14279-A-O preliminary hearing No show of victim Jessie Ingram three Bond hearings No show of victim Jessie Ingram two deposition hearings No show of Jessie Ingram two Jury Trials No show of Jessie Ingram After 8 months of plaintiff awaiting while trapped in bondage of the 13th Amendment in the orange county Jail and demanding a trial if not being released on Bail on June 11, 2011 the Defense Attorney's

IV. Statement of claim

section (D)

And Allowing the District Attorney's, O.C.S.O., F.D.L.E, Bureau of investigations to Frame evidence against the plaintiff as Defense Attorney's Mark Ne Jame, Erick Barker, Jay Balani Knowing by the evidence of Facts that there were No physical evidence of plaintiff being the suspect of Marlon Coley neither state present a victim by the name of Jessie Ingram when the facts of physical evidence proves that Plaintiff were a victim walking away from the gun violence with in the altercation and the district Attorney's never presented that Jessie Ingram as the victim fired out of Justifiable use of deadly force toward the plaintiff And that's were defense Attorney's of plaintiff breached the obligation with the Fiduciary's and the plaintiff as client of constructive Fraud misrepresentation cruel and unusal punishment

# IV. Statement of Claim

## Section (D)

Allowed district Attorney's to Amend information and charge plaintiff with more criminal charges and Another partie that were inJured and strucked by erupted gun fire by several shooters as a standby victim by the name of Marlon Coley because plaintiff were ready for trial and the State of Florida district Attorney's never had a victim to charge plaintiff or enough evidence to take plaintiff to trial as charged Attempted First degree Murder with a fire arm §§ 782.04(1) 777.04, 775.087, 782.07, 790.23 two counts of Aggravated battery with a fire arm attempted Voluntary Manslaughter with a fire arm and possesion of a firearm by a convicted felon as plaintiff were charged on June 11, 2011 were more constructive Fraudulent evidence that the defense Attorney's of plaintiff were in a constructive way of creating a Fraudualent trial against plaintiff of misrepresentating

# IV. Statement of Facts

## section (D)

By allowing plaintiff case of criminal charges to proceed in the first trial with a guilty Jury verdict and sentence to department of corrections of florida for title of ware house goods for the surities of all defendants d.b.a. Lawyers, Agents, Agencies, Corporations, offices and office seat holders All are apart of political party seat holders of Contract Trans Agencies thats doing buisness in the form of Constructing Fiduciary's and plaintiff as Consumers in some Kind of Trade for monetary value to Keep they value of foreign exchange stock and bond options operating with fiduciary's and plaintiff borrowing Public debt from the benificiary's to support the defendant's way of Constructing Fraud and independant debt from the birth of Fiduciary's and plaintiff is Deceit, Trickery Tricks of impostors cheating on Fiduciary's Plaintiff and Benificiary's on a all out corporation scheme

# IV. Statement of Claim

## section (D)

Plaintiff and Fiduciary's debt ratio of borrowed funds of monetary Value were to high of assets equity loans from Benificiary's to signature off Any monetary funds for fiduciary's to pay off another defense Attorney for plaintiff new Trial First Trial of case number 2010-CF-14279-A-O Were all constructive Fraud and misrepresented by defense Attorney Mark NE. Jame, Erick Barker, Jayi Balani, Judge Bob P. LEBlanc was the first trial Judge of plaintiff defense of criminal case and denied two bond hearings for bail denied a preliminary hearing and allowed the state to proceed charges threw a full prosecuted Trial of a guilty verdict on plaintiff Life and Liberty and sentence plaintiff to a sentence thats not in the guide lines of statues of the State of Florida So Judge Bob P. Leblanc made a ill will predjudice decision out of a cruel and unusual punishment that Fiduciary's and plaintiff will have to suffer with for the rest of time being on the universe

# IV. Statement of Claim

## Section (D)

See sentencing stages of case number 2010-CF-14279-A-O Judge Jhon "DOE" ADAMS denied one bail bond hearing with No show of a victim of Plaintiff excused charges by the State of Florida 9th Judicial circuit court Judges supose to be the mediaters of the court of Law and not allow either party to Violate the Constitution of U.S.C.A. Judges supose to know all Law and be the referee of the claims in the court of Law and not Allow any citizen or corporation, Agency, Agent, employee or political seat holder to committ any tort, Fraud, or Treason with in the scope of Color of Law State or Federal with in the Jurisdiction of USA inc. So as Bob P. Leblanc and Jhon "Doe" ADAMS were swaring Plaintiff in of the court of Law ninth Judiciat circuit court for an the state of Florida here on the County of orange They were holding plaintiff against his on will and constructing a Fraud Criminal and corporate case Against his Life, Liberty, Freedom wealth and health with all defendants on the

# IV. Statement of Claim

## section (D)

Budget Credit and liens of the Fiduciary's to act as the payees with Borrowed Funds from the Benificiarys for the defendants can gain revenue on the behalf of all defendants created a constructive Fraud i.e. way of Fraudalent defaults on the McClain's bloodline Arm length relatives as citizens for the Constitution of the U.S.C.A. but also Corporations under the 14th Amendment of U.S.A. inc. for the Secretary of the state they were born in the state of Florida Constructive Trust That all Judges on criminal court benches fully aware of the criminal scheme under Corporate civil Law of U.S.C.A. 14th Amendment Which they can deny any other constitution Amendment with a predjudice manner because the defendant in criminal court dont understand as Plaintiff do its a Constructive Fraud statue with a lien and misrepretation by All parties as defendants in this case of cruel and unusal punishment to Fiduciary's Plaintiff

# IV. Statement of Facts

## Section (D)

If you abide by the constitutional civil Rights with out being registered under the 14th Amendment in the form of incorporation and Applying to the constitution as a citizen of America by not Knowing the truth of the scheme is ignorant to the Law is not an excuse Everyone is expected to Know the Law He that dont exercise his/her rights has none the same as a closed mouth does not get Fed So plaintiff has to take the constructive Fraud matter in his own lack of Knowledge for his family bloodline and hisself as all they Life Liberty Freedom Health and wealth is all on the stake of the Benificiary's as supporting Fiduciary's Signature Labor debt ratio for borrow funds of monetary Values to support the rules and regulations of defendants under U.S.A. inc. As plaintiff criminal case and charges have been reversed and remand for a new Trial

# IV. Statement of Claim

section (D)

Now Plaintiff is aware of the Frauduelent criminal scheme as plaintiff criminal case been reversed and remand for a new Trial Lawyers/ Defendants Never called upon plaintiff eye wittnesses for plaintiff defense of criminal case testimony Key wittness Jamia Rudolph see Exibits A Defense Attorney's for plaintiff never contested DNA samples that were planted as my the plaintiff locsi 3 of 13 fingerprints of a skin oil that were discovered in plaintiff and Fiduciary's Ambush old residents on 1642 Lucy terry Avenue Apopka Florida in the county of orange county Florida on a pistol grip of a Beretta 9mm hand gun ocso officers supose to have broke the door with a ram but Know evidence were shown with a broken door off the hendges the detectives discovered and confiscated keys out plaintiff pants as soon as they came in contact with

IV. Statement of claim

section (D)

plaintiff at the florida hospital in Apopka Florida plaintiff was immeadiately transfered to orlando regional medical center do to the servere damage of the bullet woo for surgey When plaintiff old residents was Ambush at the time detective Jamie Hoffman was standing over plaintiff trying to get plaintiff to press charges but in open trial testimony Jamie Hoffman testified he discovered the 9mm in plain open view on the kitchen counter which is a false testimony because No human being can be two places at one time and in the court of Law with in the Jurisdiction of the territory of the District columbia and states Judicial courts No human being is or are allowed to bare false testimony under color of state or local Law as of detective Jamie Hoffman testimony in Plaintiff criminal trial demand the United states district court to pull evidence

IV. Statement of Claim

Section (D)

Of plaintiff criminal Trial testimony of detective Jamie Hoffman see case number 2010-CF-14279-A-O plaintiff were set up in criminal court by defendants with a civil court silber blatt rule No matter whats the evidence or testimony's plaintiff must be found guilty of criminal case number 2010-CF-14279-A-O So second stance of plaintiff second trial in the 9th Judicial circuit of criminal court with Judge Emerson R. Thompson on the bench plaintiff were appointed a state defendant that only practices law and not registered under the Florida bar or any law firm thats registered under the 72 greaters bond of England to have enough literacy to represent plaintiff in a full criminal Trial plaintiff demand Judge Emerson R. Thompson a speedy Trial with in 60 days Emerson R. Thompson allows the state defendant to with draw from plaintiff criminal case Then plaintiff

# IV. Statement of Claim

## Section (D)

was forced to request that he would be still proceeding the speedy trial pro se being that fiduciary's were out of monetary funds and couldn't finance another loan from benificiary's So Emerson R. Thompson Appointed plaintiff a stanby counsler and proceeded with the second criminal trial of plaintiff with state Attorney Natalie E. Stratis MaLak who were also at the time a district Attorney of the 9th Judicial circuit on a criminal case of Aledgely victim Jessie Ingram of a criminal charge that Jessie Ingram were incarcerated in the orange County Jail as plaintiff criminal second Trial proceeded Natalie E. Stratis stated in Arguing testimonies in open court transcripts plaintiff demands united states district Court to pull Natalie E. Stratis MaLak Arguing testimonies in plaintiff criminal case number 2010-CF-14279-A-O for physical evidence of Exibits for plaintiff Natalie E. Stratis didn't request the Victim Aledgely Jessie Ingram for open testimony when Jessie Ingram was incarcerated at the orange County Jail at the time during the plaintiff open criminal

# IV. Statement of Claim

section (D)

Trial were going on Natalie E. Stratis MoLaK ordered Judge Emerson R. Thompson to signature off a writ warrant on site for innocent by stander victim Marlon Coley and arrested Marlon coley at his Job and held Marlon incorceration of the orange county Jail and force him to Appear in court as a victim when Marlon Coley stated he didn't Know who shot him nor the district Attorney presented any physical evidence that plaintiff shot victim Marlon coley Natalie E. Stratis MaLak ordered Judge Emerson R. Thompson to issue out a exscorted warrant to state Key only eye wittness Kenyatta Coley to be escorted to the court room and force to testify against her on will of choice plaintiff demanding united states district court to move in order of Marlon Coley and Kenyatta coley open testimony's in the depositions, motion hearings, and open trial of plaintiff criminal case in the 9th circuit Judicial court in an for orange county florida case number 2010-CF-14279-A-O Judge Emerson R. Thompson and State Attorney Natalie E. Stratis

# IV. Statement of Claim

## Section (D)

Were fully aware of they constructive way of Presenting fraudalent evidence against plaintiff in Plaintiff criminal case being that Natalie E. Stratis Malak were Jessie Ingram State Attorney on a open criminal case of Jessie Ingram Then with drawed from Jessie Ingram criminal case and move in order on plaintiff criminal case as a State Attorney prosecutor of Judge Emerson R. Thompson acting as a divisionary When Knowing the conflict of Natalie E. Stratis Malak of being a prosecutor on Jessie Ingram case as a suspect and fully prosecuting Plaintiff as a suspect with in a full trial of a guilty verdict by a Jury plaintiff defense of argument were his Brother Greg Shot of Justifiable deadly force of self defending his brother life plaintiff and his own life evidence of Facts in plaintiff criminal trial were DNA of a characteristic of Plaintiff which would be his brother DNA In open court Judge Emerson R. Thompson

IV. Statement of claim

Section (D)

Stated plaintiff brother wrote a letter clarity that he fired the 9mm beretta that were discovered in the house of 1642 Lucy terry Avenue Apopka Florida county of orange so the facts of the skin oil or finger prints that OCSO, FDLE, Forensic Analyst knew for a fact that they were not plaintiff DNA as well as the prosecutors so with State Attorney key wittness Kenyotta Coley and plaintiff key wittness Jamia Rudolph both had inconsistent statements in trial testimonys The state of Florida office seat District Attorney Natalie E. Stratis Malak and Judge on the bench of plaintiff criminal case Judge Emerson R. Thompson still Allowed the Jury to deliver a verdict of guilty After plaintiff filed a Judgement of acquittal of the state not presenting enough evidence in trial beyond a reasonable doubt of the forceable felony charges of plaintiff the constructive Fraud evidence that were

IV. Statement of Claim

section (D)

Presented in plaintiff criminal trial is still in question on who shot who who initiated guns in the Altercation first which all parties thats involve as inJured victims including plaintiff as a victim and have been Framed on Constructive Fraud evidence on plaintiff criminal case case number: 2010-CF-14279-A-O Stamped and seal by Monique Worrell on all missing evidence presented against plaintiff in criminal Trial of the 9th Judicial circuit of Florida as a guilty verdict of two Jury trial verdicts Now plaintiff move in order for his second direct Appeal to the 5th district of Appeals in the state of Florida case number: 5D13-3703 on the claims whether the trial court committed reversible error by falling to renew the offer of assistance of counsel at the start of trial and later at the sentencing hearing / whether the trial court committed reversible

# IV. Statement of Claim

Section (D)

By denying Defendants as plaintiff in this claim motion for a Judgement of acquittal / whether the trial court committed fundamental error by submitting conflicting instructions to the Jury and the errors in the instructions were fatal to a fair trial in this case on March 20, 2015 the 5th district court of Appeals denied per curiam affirmed Then plaintiff petitioned the Florida Supreme Court for discretionary review case number: SC15-945 infront of chief Judge Charles Terrance Canady declined review on December 3, 2015 Then plaintiff file a post conviction relief pursuant to rule 3.850 repre-sented by counsel Patrick Michael Megaro After the Courts ordered striking the motion as a result of certain deficiencies and granted plaintiff the opportunity to file an amended motion within sixty (60) days on October 13, 2017 the 3.850 post conviction relief of DNA testing and

# IV. Statement of Claim

## section (D)

Recanted statement by State of florida 9th Judicial circuit of court here and for orange County district Attorney only eye wittness Kenyatta Coley. Stating that she were intoxicated the night of August 29, 2010 after attending two parties that night of the altercation with Plaintiff on the crime scene on 30 Ella J. Gilmore street Apopka Florida OCSO case evidence number: 10-78363 Kenyatta also stated she were forced by OCSO detectives and Judge Emerson R. Thompson that if she dont testify She will be apperhended and held in the orange County Jail so She were scared and went along with the Atimidating detectives and Judge Emerson R. Thompson threats Plaintiff 3.850 post-Conviction motion were denied by Judge John Marshall Kest on April 23, 2018 deemed Predjudice with out a Answer to the claims of denial with No opinion

# IV. Statement of Claim

## Section (D)

Plaintiff repersented by Appeal Attorneys Patrick Michael Megaro didn't contest the ruling of Plaintiff 3.850 post conviction relief motion with the argument of No Court or Judge can disregard Kenyatta recont statement Affidavit the only one has the right to rebut the Affidavit is the plaintiff who is adversely affected by it the courts Judge John Marshall Kest and Plaintiff Appeal Attorneys Patrick Michael Megaro were all in cohoops by not allowing Kenyatta Coley to speak on her own behalf of her sworn notary stamp Affidavit and contesting the DNA of plaintiff with a more accurate Kit so the trial evidence of Fraudalent evidence would on fold as a innocent victim so After plaintiff 3.850 post conviction relief motion get denied Appeal Attorneys Michael Megaro Patrick Michael Megaro request more monetary funds from Plaintiff Fiduciary's so they draw more debt of monetary funds from the Benificiarys

# IV. Statement of Claim

## Section (D)

As ordered on how to conduct buisness i.e. in the Jurisdiction of U.S.A.inc. Not Knowing this is a government Agent Agencies Scheme on the public citizenship equity debt because by now of plaintiff case he have proved his innocents on true and correct facts of the evidence that were brought against plaintiff in the Court of Criminal law as plaintiff being the defendant so at this point of the case all Lawyers, Judges, Attorney generals, district Attorneys, detectives, Agents that are listed as defendants in this 1983 42 USCA Claim are well establish together with the constructive Fraud of plaintiff and Fiduciary's to max out bankruptcy debt from Benificiary's if they could and dont honor No equal liberty, life, Freedom, Care, custody on they Plaintiff and Fiduciary's Health or wealth All defendants are acting in a cruel an unusal punishment of predjudice decisions to the MCCLAIN's Bloodline in the Jurisdiction registered under U.S.A. inc.

# IV. Statement of Claim

## Section (D)

Fiduciary's and Plaintiff move along with Attorney Patrick Michael Megaro with the Appeal of Plaintiff 3.850 post-Conviction relief to the Florida fifth district court of Appeal case number: 5D18-1442 on August 21, 2018, the fifth district court of appeal per curiam affirmed the denial of Post conviction relief with the ruling and decision made by Judges on the bench of the fifth district court of Appeals in Florida Dan Traver, "J" Doe" Sawaya, "J" Doe" Torpy; "J" Doe" Eisnaugle, "J" Doe" JJ all came together with a decision of Predjudice by not Allowing Kenyatta Coley to give full testimony on her own recanted Affidavit in A hearing in open court Again Appeal Attorney Patrick Michael Megaro didn't contest the ruling and request more monetary funds from Fiduciary's to file a petition

IV. Statement of claim
Section (D)

for writ of habeas corpus under 28 U.S.C. §§ 2254 Case number: 6:18-cv-2005-orl-37DCI / case number: 6:18-cv-01432-GKS-TBS Fiduciary's follow suit in Appeal Attorney Patrick Michael Megaro request for more monetary funds on how to conduct business i.e. in the scope of Attorney client obligation under the rules regulations and Constitutional civil rights Amendment of U.S.A. inc. 14th Amendment See. Exibits B Patrick Michael Megaro filed a civil cover sheet inform the secretary of the Florida department of corrections seat holder Ricky Dixon and Attorney Generals seat holders Andrea Karyn Totten, William March, David Shapiro, Richard Nelson, Nuren Haider, Augie Ribeiro, Ashley Moody Pamela Jo. Bondi, Anthony J. Golden

IV. Statement of Claim

section (D)

to conceed and the united states district court orlando Division Issue a writ of Habeas Corpus ordering that the petitioner as the Plaintiff in this claim be released from his confinement upon a personal recognizance bond As Fiduciary's retained Appeal Attorney Patrick Michael Megaro for the third time on the same claims from Post conviction relief 3.850 the firm broke a breach of a Fiduciary obligation on Fiduciary's and client plaintiff behalf by Knowing but willingly raising claims in a Federal Habeas corpus petition 28 U.S.C. 2254 that were not raised in plaintiff state court criminal case Patrick Michael Megaro initially gave united states district court orlando division a way of denying the Habeas corpus so all government defendants will over come

# IV. Statement of Claim

## Section (D)

The constructive Fraud misrepresentation A breach of a Fiduciary obligation a meaningful Health and Dental care cruel and unusal punishment of predjudice acts that defendants have presented on plaintiff and Fiduciary's Mental Physical emotional Financial Spiritual burdens of disorderly distress while Health wealth Life Liberty and Labor is all up under Attack by being born up under registry of U.S.A. inc subject to the Constitutional civil rights placed by title of birth certificate in the Secretary of the state of Florida constructive trust for defendants to default Fiduciary's and plaintiff when all damages is caused by U.S.A. inc. of the lack of trust of all constitutional civil rights adopted by the 14th Amendment and offices agencies corporations and seat holders trustees thats listed under defendants

# Iv. Statement of Claim

section (D)

depriving Fiduciary's, plaintiff, and benificiary's for fraudualent monetary funds stocks, bonds, surities, insurance on the debt value of foreign exchange threw Judicial court systems, Lawyers consumer loans, taxes, titles and what ever else holds value to the American consumers under registry of the U.S.A. inc.

# IV. Statement of claim

## Section (D)

Florida Secretary of department of corrections Seat holder Ricky Dixon are sub contracting Centurion medical and Dental Agency to provide a meaningful Health and Dental care for plaintiff Centurion co-founders are Jim McClaskey, Jorge De Los Santos, Fernando Assing, Steven H. Wheeler plaintiff been complaining about a major medical issue dealing with plaintiff intestines threw the requests sick call sheets and grievances process and also a shoe pass to purchase a Athieletic brand walking and running Shoe because of the screws and metal thats constructed in plaintiff Knee cap for life do to reconstructed surgey plaintiff cannot walk on a half shoe croc or a hard bottom boot and the No brand white shoe that Florida department of Corrections have for

# IV. Statement of Claim

## Section (D)

Plaintiff Fiduclary's to purchase for plaintiff on the Canteen Quarterly order Form see Exlbit C. Plaintiff demands united states district court to move in order for a shoe specialist to examine all department of corrections of Florida crocs, boots, and tennis shoes to see if they are properly fit for walking running or working prohibited for plaintiff reconstructed knee cap that were reviewed and denied by Dr. Witter and plaintiff exhoust all remedies threw the grievance process see Exibits C grievonce log number 1904-115-088 / 19-6-19210 plaintiff demands united states district court to move in order of all plaintiff medical history records from the department of corrections of the state of Florida from October of 2011 up until June of 2022 for evidence of facts that plaintiff will present as if claims of the case further proceed

# IV. Statement of Claim

Section (D)

Reviewed and denied by officer Jhon "Doe" ADams who informs plaintiff you can only order Shoes from the catalog which there is No brand of shoe made with the proper material for walking, running, exercising or working as U.S.A. inc. provide in consumer goods Approved by the Health and Atheletic Special Agents brands of NIKE, ADDiDas, Reeboks, New Balances, Pumas, Converse, Jordans etc. again see Exibits D and grievance log number 115-1901-0145 Also reviewed by wardens representative C. NEEL and defendant also denies the grievance log number 19-6-10094 / 19-6-05310 Also reviewed and denied by S. Jordan a SHSA for centurion medical Agency See Exibits D grievance log number 115-1904-0074

# IV. Statement of Claim

## Section (D)

Also see Exibits D grievance log number 510-2111-0184 plaintiff been requesting his Dental and medical files to Identify nurses and doctors who plaintiff been treated with cruel and unusal punishment with out meaningful dental and medical treatment so plaintiff can only Identify nurses medical physicians and officers from centurion medical and dental Agency and Florida department of corrections of the State of Florida by signatures of sick call sheets, requests, and grievances which are all parties of both corporations are with drawing a five dollar sir charge of Fiduciary's monetary funds from plaintiff inmate banking trust account that Fiduciary's donate to plaintiff for necessity's defendants are charging plaintiff for the same sick call medical complaints over and over again

# IV. Statement of Claim

Section (D)

But all in the same token defendants acting and denying plaintiff his medical and dental records as if plaintiff has to with draw his own monetary funds in order to recieve his Health and dental records which defendants knowing plaintiff as a inmate cant do so as requesting all defendants involve and been notified are A. LIU, A. Padgett, M. Popadiuk, H. Wright, J.S. Reens, M. Arsenault, Plaintiff been complaining about a intestines and groan issue thats causing major physical pain and itching burning skin pealing of a Rash. Complaints, sick call sheets, requests, and grievances all been reviewed and denied by A. LIU, G. DURAND see Exibits D grievance log number 510-2111-0183

IV. Statement of Claim

Section (D)

W. Hall see Exibits D

G. NOE, J. Dawson see Exibits D

grievance log number 2111-510-139

Michelle Schouest, Z. Bowden see

Exibits D grievance log number 21-6-36612

Exibits D grievance log number 2111-510-139

has No signature of a officer or Medical Physician review or answer to the claims and complaints of plaintiff J. Brunson reviewed grievances complaints and also denied all complaints Plaintiff filed a 42 U.S.C.A. 1983 civil rights claim on centurion dental Agency on the date of August 23, 2017 See case number 3:17-cv-01022-MMH-MCR grievances were reviewed and denied

IV. Statement of claim

section (D)

by 7. Bowden and Tom Reimers dental complaint were dental Assistant Cynthia Lessman and D.M.D. ALeyda Ferrer Duchesne were working on plaintiff tooth and cut to much enamel out of plaintiff tooth which now causes perminent nerve damages in plaintiff mouth plaintiff cannot eat or drink cold or hot food and beverages all products has to be 100% warm before plaintiff places them inside his mouth plaintiff cannot chew on hard eaterys on the cause and damages of the Agency of centurion dental and the employees of Cynthia Lessman and ALeyda Ferrer Duchesne when plaintiff never complained about the tooth or filled out a dental sick call before they took

# IV. Statement of Claim

## section (D)

They on initiative to work on plaintiff tooth after Plaintiff signed a refusal prior weeks before they did the work Plaintiff demands the united states district court to move in order for plaintiff dental records for exibits of evidence of facts on the behalf of Plaintiff civil and human rights of defendants acting in they own manner for exchange funds for dental labor from plaintiff and the payees of Fiduciarys, Benificiary's, citizens tax payers of the scope of i.e. under U.S.A. inc, I.R.S., Secretary of the State of Florida, Secretary of the department of Corrections of the state of Florida, centurion medical and dental Private Agency, U.S. department of Treasury, U.S. securitie exchange as office seat holders and defendants in plaintiff 42§ 1983 under [redacted]

IV. Statement of claim

Section (D)

Civil rights claim all defendants are acting in violation of plaintiff Constitutional civil and human rights A breach of Fiduciary obligation Constructive Fraud, misrepresentation, meaningful Health and Dental care cruel and unusual Punishment which dental claims were once before filed in pursuit of Judge Monte C. Richardson and were denied on predjudice deemed manner of Judge taking ruler ship side of the corporation over the human being thats filing the claim with out Moving in order of the dental records to review out the facts on both parties to see who have factual evidence in the Arguments of the claim plaintiff demands united states district Court to see exibits E And move in order to review case number 3:17-CV-01022-MMH-MCR

# IV. Statement of claim

## Section (D)

When a human being are breathing in blood and flesh and being examine by a doctor dentist or health physician they supose to be train to listen to the human being on whats the problems or malfunction thats feeling unusal to the human being body or mouth and then Xray or examine the exact location the human being are complaining about Medical and dental physician of centurion do not do as Plaintiff been demanding complaints about his health and dental physicians of centurion works out of they on personal thoughts instead of the license and train physicians of the proper edquate manner they supose to do so under the Constitutional Amendments of the registry of U.S.A. inc. under the 14th Amendment 8th Amendment which would be acting in a cruel an' unusal Punishment of Plaintiff recieving a

# IV. Statement of Claims

## section (D)

meaningful health and dental care while in the custody of office seat holders of defendants in the offices of U.S.A. inc./ secretory of the state of florida / secretary of the department of department of corrections and the Agency of centurion Dental and medical all in violation of Plaintiff civil rights of proper dental and medical treatment by plaintiff being at the Age of 44 he has a right to be on a proper dietary meal plan with out Answering the religious questions thats force apon plaintiff to Answer in the way defendant C.J. stasney would like in his way of thinking of Approval of the religous diet program see. Exibits F

as breathing human beings blood and flesh are all connected to the natural produces and organic products that reproduces threw out the earth and our natural body so defendants are denying plaintiff his proper will of choice

IV. Statement of Claims
Section (D)

of a healthy diet and forcing plaintiff to eat process meat and substance that causes hemroids gases, cancer, diablities, high blood pressure and other unhealthy Alergic reactions that plaintiff been complaining about see exibits F plaintiff been warning defendants who been acting out of malicious ways of decisions and forcing plaintiff to survive off they will of his health which are cruel an unusal to a meaningful health and dental care under U.S.A. inc. Secretary of the state of florida office seat holder Laurel M. LEE, Secretary of department of corrections of the state of florida office seat holder Ricky Dixon are biding office seat holders of sworn in under oath correction officers trustees with in the Jurisdiction of the state of Florida and the department of corrections in the state of Florida officers

Statement of claims
section (D)

Plaintiff handed officer Jeremy P. Kerpsack his Property of items of research constitutional laws, clothing, radio and other etc. officer Jeremy P. Kerpsack discovered statues and constitutional laws of the 14th Amendment and wrote a disciplinary report charging plaintiff for possession of Gang Paraphernalia or related material of gang symbols thats related to the Sovereign citizen movement S.T.G. Group see. Exibits G
Which plaintiff has No Knowledge of the Sovereign citizen movement S.T.G. Group or have not been Submitted in No data base of a gang or group All the days of plaintiff life or while incarcerated up to the 10 years until being Approached and sterio type Judged by officer Jeremy P. Kerpsack in a ill will manner of predjudice and cruel unusal Punishment with the disciplinary report of the findings of guilty by Team chairman Marlo Baggett and Brandon D. Odom which deprive plaintiff from the Usage of Telephone

Statement of claims
Section (D)

usage of canteen account for personal hygiene as deordant which the department of corrections of the state of Florida do not provide suspended from the Kios via emailing incoming outgoing all of a 30 day suspension of cannot communicate with Fiduciorys or any other friend or family member thats concern of plaintiff where abouts after arriving to a new facility location in the department of corrections Plaintiff was threating to not have any more laws of the 14th Amendment in his property or it will lead to being confine behind a 8 by 12 cell door for 24 hours out the day for a year or more plaintiff then resulted to a higher Authority to resolve the issue which was J.D. Mason see. Exibit G grievance log number 115-1901-0153 which he also backed up the preJudice decision of his officers of a preJudice decision of cruel unusal punishment by threating plaintiff from researching his human/Civil Rights of the 14th Amendment and putting his life and liberty freedom and health at stake by labeling plaintiff in a data base in the Jurisdiction

Statement of Claims
Section (D)

Leutenant Rachel C. Cantler ignored plaintiff when plaintiff asked could he please at least get a bag of cold cut sandwiches because he starving and the officers on shift were not feeding him and would be working and feeding prisoners all three meals As the day moves on plaintiff were moved to cell E1205 and placed on property restriction and were not given any food for plaintiff to eat that day of all three meals plaintiff didn't eat anything all on the destression of officer Soriano, officer Rhodes, Sergant Jones as they left work for the weekend that they all would be off work officer Soriano, Sergant Jones step to plaintiff back window with racist comments As plaintiff were on property restriction left with No pin or paper to write a grievance plaintiff had to result to a emergency ideal by informing another prisoner to write a grievance for him thats Name is Leon Barnett D.C. # K82560 so Fiduciary's would have a paper trail of some kind of evidence Just in case the officers decide to kill plaintiff in a ill will predjudice manner to cover up they cruel an unusal behavior

Statement of Claims
Section (D)

See Exibit G grievance log number 115-2002-0093 reviewed by head official C. Tyler and answer to the grievance that it did not affect the inmate Leon Barnett personally as a complaint that cant be raised per chapter 33-103.014 (1) (R) When a human being are being starved infornt of another human being on the counter of force for disciplinary submission will and supose to affect every human being that resides in this Jurisdiction of U.S.A. inc. Just as You cannot cage animals up or chain them with out feeding them or it will result to criminal charges of animal cruelity as the facalty and staff of Okaloosa correctional institution agreed upon as office employee workers to come together as a conspiracy and treat plaintiff in a cruel on unusal predjudice manner of human cruelty by not feeding plaintiff to starve as a breathing human being flesh and blood living stock, bond, eg. for an under the registry of U.S.A. inc. with in and under the 14th Amendment 8th Amendment of Civil Rights of U.S.C.A. Where No live stock should be

Statement of claims
section (D)

deprive food meals for behavior restriction especially while trapped in bondage of a cage, chain, prison cell and cant provide for themselves as plaintiff were treated in a cruel manner plaintiff demands united states district court to move in order for all video and audio evidence to be submitted as exibits from grievance log number 115-2002-0093 and grievance log number 115-2002-0099 As the cruel unusal punishment conspiracy takes place of plaintiff and other inmates uses the grievance procedure of complaints when the officers were off work the following weekend of friday saturday and sunday when they arrive to work on the monday of sergant small, officer soriano and officer Flemmings did not feed plaintiff breakfast trying to cover up they

statement of claims

section (D)

misconduct of cruel unusal punishment act on Plaintiff that resulted on the thursday before on retoliation on plaintiff for using the grievance process to cover up from the first incident of not feeding plaintiff and getting interviewed by higher officials see Exibit G grievance log number 115-2002-0100 loe signatured and denied by C. Tyler and Exibit G grievance log number 115-2002-0103 loe signatured and denied by C. Tyler by Plaintiff using the grievance procedure The staff at okaloosa correctional Institution went to results of a scheme to cover up they cruel unusal punishment act on plaintiff and started writting falsified Disciplinary reports Just to use chemical Agents on plaintiff which is a deeper depression on plaintiff of cruel unusal punishment see. Exibit G Disciplinary report log number 115-200239 all reviewed by Janet R. Brunson, and Cierra E. Allen and found guilty on false claims as officers knowing but

Statement of claims
Section (D)

willingly covering up other employees officers cruel unusal punishment acts on plaintiff under the lead official signature to use chemical Agents on plaintiff were Captain Settlemires who inquired Plaintiff to cuff up in hand restraints then moved Plaintiff to the shower script plaintiff of cell material and limitted of clothing so plaintiff could feel the Chemical Agents burn his body by not having clothing it will be more physical pain and by scripping plaintiff cell of material plaintiff could not write grievances thats why inmate Leon Barnett D.C. # K82560 had to Keep writting grievances Just incase plaintiff Dies to the Act of malicious cruel unusal punishment to all the defendants listed as facalty staff officers and signatures of grievance complaints at okaloosa Correctional facility see. Exibits G grievance log number 2002-115-083 so plaintiff Fiduciarys would have evidence of the truth of the cruel and unusal malicious acts of punishment to plaintiff

Statement of claims
Section (D)

As plaintiff and other inmates Keep complaining on the officers thats working in E dormortory at Okaloosa correctional institution by not feeding plaintiff and other inmates plaintiff have been denied on all grievance complaints and have not been fed 5 times with the consistency of one whole day going into the next morning and not fed breakfast as four meels straight of plaintiff not getting fed by captain settlemires, sergant Jones, sergant smalls, officer soriano, officer Rhodes, and officer Fleemings see Exibits G grievance log number 115-2002-0109 all reviewed and denied by C. Tyler with all faculty and staff in agreement of Falsifying dockaments after plaintiff complaints threw the grievance process to cover up the file malicious acts of cruel unusal punishment see Exibits G grievance log number 115-2003-0015 and Disciplinary report log number 115-200239 all reviewed and denied by J. Brunson see Exibits G Formal grievance log number 2003-115-010

Statement of Claims

Section (D)

As plaintiff Keep writting grievances giving higher Authority to resolve the malicious acts of cruel unusal punishment on Plaintiff they all took in on the conspiracy of malicious behavior of they fellow officers as they behavior were getting worser and worser after every grievance complaint officer soriano went into plaintiff cell trying to find the grievance complaints ripping every grievance that he could find after plaintiff were took out his cell for a interview see Exibits G grievance log number 115-2003-0023 and see Exibits C a rip grievance evidence of the acts of officer Soriano all grievance complaints were reviewed and denied by C. Tyler As the malicious Acts study accuring for months plaintiff requesting all officers full name for further procedure of civil court matters and were not provided they full name thats why plaintiff cannot present they as in officers that were in the acts of malicious cruel unusal punishment full name see Exibits G grievance log number 115-2003-0031 and all grievance complaints were reviewed by J.D. Mason

Statement of claims
Section (D).

As these sworn in under oath officers of the secretary of the state of Florida office seat holder Laurel M. Lee and the secretary of department of Corrections of the state of Florida seat holder Ricky Dixon are in blaim and fault of the acts of facalty and staff cruel unusal punishment of malicious behavior by not reviewing complaints with a theral investigation of video and Audio thats place inside of the dormortorys of the department of Corrections of the state of Florida so by officers employed on the behalf of Florida state license of department of Corrections with No Authority putting them at fault for they malicious cruel unusal punishment acts results to officers treating Breathing Flesh and blood human beings Abusive out of they on destression No matter what kind of damage they causes to the human being as plaintiff place under prisoner / inmate trapped in bondage under the predjudice state of minds of okaloosa correctional facility officers facalty and staff treating plaintiff As he have No civil Rights all on the trust bond of Laurel M. Lee and Ricky Dixion who allows these kind of vindictive mind set officers

Statement of claims

section(D)

To work under the seal and oath of the State of Florida and the State of Florida department of Corrections All complaints grievances and acts of cruel unusal punishments were dangerous and life threating of death to plaintiff and other prisoners/inmates during the depression of state emergency. recall on all countries shut down during Covid-19 to where if you were in confinement at okaloosa correction facility during the months of february of 2020 threw out when the shut down of No Transporting, No Mail incoming outgoing No emails allowed to prisoners inmates or No telephone calls not even emergency thats when all officers that worked in E dormortory at okaloosa Correctional Facility went into a evil malicious mind set and acts toward plaintiff and other inmates by turning the Heater exhaust on during the tempertures of 90 degrees or above were outside so prisoners/inmates could complain so they could falsify dockets of decease behavior and bring chemical Agents to spray on plaintiff and other prisoners/inmates officers were not feeding plaintiff and other prisoners/inmates see Exibits G grievance log number 115-2003-0036 are evidence of another prisoner/inmate were getting treated in a cruel unusal punishment malicious act just as plaintiff were

Statement of Claims
section (D)

Prisoner/inmate Brandon E. Jones D.C.# J58200 Plaintiff requesting united States District Court to move in order of All video and Audio of inmate Brandon E. Jones and all video and Audio of the months of February 2020 threw out June of 2020 of all prisoners/inmates that were getting not fed and written up on falsified dockets so the officers could get the Captain as Settlemire the main captain that were signing off for Chemical Agents to be used in the heat temperture of the day Plaintiff requests evidence so the Facts of these claims will be Presented in the light of plain view of Facts of cruel unusal punishment Malicious minds evil foul play of the officers and Facalty staff of okaloosa Correction department of the state of Florida The cruel unusal punishment lead on for months now evidence of grievance complaints are in the months of March/April reviewed by C. Neel and the Secretary of Florida department of corrections and plaintiff still getting treated in a Malicious cruel unusal Punishment act see Exibits G grievance log number 20-6-11634 and plaintiff requesting the full names of officers in the act of cruel manner to the G.C. for the second time and was not provided they full names see Exibits G log grievance number 115-2003-0185 aaf reviewed by J.D. Mason

# Statement of claims
## section (D)

on April 7, 2020 two months with in the acts of cruel unusal punishment are still being forced apon plaintiff by the facalty and staff of okaloosa Corrections facility of the State of Florida all defendants thats listed in these claims are in full cohoops of a conspiracy of falsifying Disciplinary reports using chemical Agents to cover up the Malicious evil acts towards plaintiff to make plaintiff looks like he's A unlawful prisoner/inmate thats out of Control on behavior rules and regulations As the facalty and staff see plaintiff are well intelligent as plaintiff Keep filing grievance complaints the Correct way of the start of the cruel unusal Punishment of not feeding plaintiff his lawful three meals a day so by the E dormortory officers acting out of malicious evil destressions and not Knowing the civil law or human Rights of equal Protection The same officers Authority that supose to be supervising the care custody and control Standard Law of a prisoner/inmate ignored plaintiff grievance complaints and build a scheme with there

Statement of Claims

Section (D)

fellow officers of more Abusive Attacks and cruel unusal punishment towards plaintiff for months after months by changing Sergants of the E dormortory from Sergant Jones to Sergant Cody James Small who came to E dormortory and targeted straight At plaintiff and Attacked the same way of not feeding plaintiff falsifying Disciplinary reports on plaintiff and using chemical Agents on plaintiff all with the lead of Captain Settlemire signature of release the chemical Agents on plaintiff prisoner/inmate TERENCE M. MCCLAIN at any given time of they evil malicious mind thoughts see. Exibits G Charging Disciplinary report Log number 115-200457 served and findings of Actions of guilty by Janet R. Brunson and Cierra E. Allen whom all were notified and complain to by plaintiff of the Abusive Attacks and malicious evil actions of cruel unusal punishment of not feeding Plaintiff by this time it was to late for them to cover up the file actions of they fellow officers but they all as defendants had to stand strong and firm

# IV. Statement of Claim

Section (D)

With the Conspiracy Scheme of making plaintiff look as if he were a uncontrollerber prisoner/inmate hoping plaintiff are not smart enough to take this investigation as far as to civil court on human Rights in the united States District Court where Audio and Video do not lie its all the true facts and stand firm in who view them to where he say she say statements will prove where the true claims lives in the favor of so plaintiff demands united States District court Magistrate to move in order of every Video and Audio of evidence of facts of Disciplinary Report that were brought Apon his Actions at oKaloosa Correctional facility in the State of Florida department of corrections so the truth will reveal if any officer had the right to treat plaintiff the way he were treated as A breathing human being under the 14th Amend. Civil Rights Constitution of U.S.A. incorporated Bond market of i.e. the Secretary of Florida Constructive trust and the Secretary of department of Florida Corrections institution of care custody and Control

IV. Statement of Claims

section (D)

of equal protection claus all faults of Abusive Attacks and evil malicious treatments towards plaintiff by the actions of okaloosa facalty and staff officers listed as defendants in this claim All falls on the office seat holders names of MICHAEL RICHARD PENCE d.b.a. U.S.A. Inc. LAUREL M. LEE d.b.a. Secretary of the State of Florida and RICKY DIXON d.b.a. secretary of the department of Corrections in the state of Florida by allowing plaintiff to be titled and taxed as a human being breathing Flesh and blood trapped in bondage under the 13th Amendment of the Constitution where plaintiff Cannot provide for himself to survive as the necessities of food water liquid, Shelter, or clothing under the climate control tempertures of blood and blood pressure health And plaintiff has to rely on some employed Evil mind officers that work under the trustee code badge bonding licenses number of Corporate America by not feeding plaintiff as A breathing Flesh and Blood human being falls under all entitys

# IV. Statement of Claim

## Section (D)

as defendants depriving plaintiff from a meaningful Health and Abusing plaintiff of starvation from food and water liquids all under the constructive fraud evidence of criminal Court in the State of Florida 9th Judicial circuit Court of a guilty trial verdict so plaintiff Could be trapped in bondage of a U.S.A. inc. Scheme to the 14th Amendment for all defendants to use abuse mistreat with out proper investigation of plaintiff civil Rights or human Rights on a fraud 13th Amendment of working Labor Jobs and slaving plaintiff with out plaintiff being able to gain monetary Revenue for necessitys of Commerce goods when all defendants doing buisness as Plaintiff Soul Health and wealth providers and forcing plaintiff to Accept Abusive mistreatment of cruel unusal punishment while housed and Kept in the State of Florida Correctional institutions as wore house commercial goods for stock, bond i.e. of tax payers and forieon exchange debt for all defendants as office seat holders and employees thats listed of all plaintiff claims are subject to the cruel unusal punishment of Plaintiff Life Liberty Freedom Health wealth

IV. Statement of Claim
Section (D)

of required standard living and proper treatment No matter where a Breathing Flesh and blood human being are located in the Jurisdiction of U.S.A. inc, district of columbia of the united states of America while housed in a 8 by 12 prison cell for 24 hours out the day plaintiff were told and forced to do as oKaloosa Correctional officers commanded by No means necessary during the world shut down of the corona virus/covid-19 officers and facalty staff of oKaloosa abuse they Authority because plaintiff and other prisoners/inmates could not send out mail or recieve mail send emails were reJected of the tablets Kios and confiscated from plaintiff No phone calls were allowed at all for plaintiff and prisoner/inmates that were housed in confinement E dormortory at oKaloosa see Exibits G request 115-2004-0007 OAF

The staff and officers used the No contact to plaintiff family members as all Fiduciary's thats listed to they abusive evil thoughts and Attacks to a Advantage of the Authority positions that

IV. Statement of Claims
section (D)

The secretary of the state of Florida Laurel M. Lee as seat holder and secretary of Department of Corrections of the state of Florida Ricky Dixon seat holders sworned all officers of okaloosa correction facility thats listed as defendants under the oath of a Florida seal as trustees that they will do the honorable duties as a trusting officer to serve the Florida department of corrections institutions/prisons of care custody and control manner of No mistreatment on both parties the officers and inmates as human beings with civil Rights and human Rights of equal protection and all parties thats listed of defendants fail to do so on plaintiff behalf of Creating A constructive Fraud monetary system of offices Agencies Corporations for a Birth Right Breathing human being Flesh and blood to rely on and Abide by the guidance of a United States Constitution Amendment of Laws by registry of a social security number and Fiduciary's signature of parent at birth and processed with in the

# IV. Statement of Claim

## Section (D)

State of Florida under a constructive trust of the responsibility of the Secretary of the State seatholder Laurel M. Lee for the trade value of i.e. of belongings of all commercial goods of grooming survival food products, transportation of a respectful quality living with in all Amendments that were implemented of the year of 1933 then conducted of all Breathing Flesh and Blood human beings as human Rights and Civil Rights implemented of the year 1964 So by plaintiff and Fiduciary's respectfully following the guidance of the Constitution All defendants Are Committing Fraud in a constructive way and mistreating Fiduciary's and plaintiff in a cruel unusal Punishment A breach of Fiduciary obligation a meaningful Dental and Health care As Human beings of Civil Rights By trapping plaintiff under the 13th Amendment of Constructive Fraud evidence of a criminal case and Placing Plaintiff in the department of corrections with in the Jurisdiction of the State trust reliance of Wealth and health when the Constitution allowing Parties and seat holders of the law thats employed under

IV. Statement of Claim
Section (D)

U.S.A. inc. Agencies, Corporations, State and Federal entitys to trust the human beings thats operating in the position of trustee Authority as plaintiff show evidence of all. Claims with in the presents and custody of all defendants Every defendant fail to remain in orderly fashion of the proper treatment towards plaintiff incarceration as of April Plaintiff are still being held and trapped in a 8 by 12 cell for 24 hours out the day sense February plaintiff have complain and wrote grievances to the highest Authority of the State of Florida department of Corrections April 8, 2020 The staff of okaloosa have released a couple of prisoner/inmates on transfer vans but held plaintiff to keep atagonizing plaintiff to make sure they paper work looks great on they behalf but Video, Audio, and repeatedly grievance complaints of denied results showing who Viscious Malicious and out of order in a position of Job requirements of care custody and control manner of A trustee the day of April 8, 2020 officer Soriano and officer Sergant Small out on a mission of Abusive Attacks of calling Captain Settlemires for signature of Chemical Agents release of burning gases in the heat of that they so the officer come straight to plaintiff

IV. Statement of Claim
Section (D)

Cell door window See Exibits G grievance log number 115-2004-0071 10e reviewed and denied by C. Tyler for several times with falsified disciplinary reports behind every Attack thats committed and a denial counter complaint that Plaintiff submitted nothing being done about plaintiff complaints but another Attack getting committed at the time of that Attack they as in Settlemires went and got some more grusive train officers officer who get more evil And nastier with the Attacks by the names of Sergant Danio And Sergant Day They place plaintiff in the Shower took all plaintiff clothing as plaintiff were bare skin necked caged in the Shower with No water Plaintiff hollowing of the pain of the burning sensation Captain Settlemires Screems Shut up and request Sergant Danio, Sergant Day to release some more Chemical Agents threw the Shower grill gate where all chemical Agents gets sprayed on your private part and Anus to where everything on your body burns As if you sitting in the middle of a fire of the pitts of Hell explain threw out your living being life and three white men as explain laughing as of 8 white men as listed as defendants all Playing Honky at the Abuse of they Authority

# IV. Statement of Claim

## Section (D)

At hand because No prisoner or Inmate could get outside contact at the time of Covid-19 state of emergency if your were in confinement in E dormortory at okaloosa Correctional institution in the state of Florida Plaintiff demonds united states district court Magistrate to move in order for all video and Audio of the start to the end of the evidence of plaintiff getting sprayed by chemical Agents plaintiff were in Pain and suffering of the Abusive malicious Attacks of Cruel unusal punishment of the Actions of the defendants thats listed under d.b.a. okaloosa correction Facility and Facalty staff as officers under the seal and oath of department of corrections of the state of Florida as trustees while plaintiff suffering of the Abusive Attacks the chaplin calls plaintiff out his cell to give plaintiff a burden of a heart Attack or suicide constiplating state of mind by telling plaintiff his father has passed Away from the Corona virus bacteria world wide spread that falls on the fault of U.S.A. inc. office Seatholder Michael Richard Pence Fiduciary Edward M MCCLAIN Jr. deceased of the month of April as the soul root blood of the McClain's bloodline Father and GrandFather

Pg 4 3

IV. Statement of Claim

Section (D)

Arm length relative of all Fiduciary's thats listed except Linda N. MCCLAIN as the Mother and Grandmother carrier of the MCCLAIN's Bloodline plaintiff being the son of Fiduciary deceased Edward M. MCCLAIN Received a detrimental message from the chaplin of okaloosa Correctional institution in of the State of Florida while trapped in bondage in E dormortory for a 24 hour lock down cell to where plaintiff were called out the cell and ordered that he could make a 5 minute call to one of his relatives thats listed on plaintiff Visitation list which plaintiff called Fiduciary Edward G MCCLAIN the first born son of the Mother and Father of the MCCLAIN's Bloodline while plaintiff were issuing out the number to Chaplin Chaplin tap in to captain Settlemires on another line to talk to plaintiff as a warning as captain were letting me as in plaintiff know that plaintiff you only have 5 minutes and you

IV. statement of claim
Section (D)

Could only speak of the problem thats at hand your deceased Father if you Attempt to speak of anything else the phone will hang up and you Know the drill of us for your last three months plaintiff stated yes sir Just to hear how his Father passed Away plaintiff were talking in fear and afraid to say anything that captain settlemires would result to as A hint that the OKaloosa correctional institution facalty and staff been Abusing plaintiff in A cruel unusal punishment by not feeding plaintiff and spraying plaintiff multiple times in the last three months so by plaintiff getting orders of such a quick call and what not to speak of plaintiff couldn't believed his father has Just passed of covid-19 corona virus spread threw out the Jurisdiction of U.S.A. inc. and the District of Columbia so plaintiff Asked his brother to send him a couple of photos of they father because that will be the last time plaintiff will be

IV. Statement of Claim
Section (D)

Viewing his Father the photos of his dead Father body see. Exibits H
Because they were not allowing any furneral services and of the Jurisdiction of U.S.A. inc. And plaintiff Couldn't Attend a fumeral service of the custody level he were housed at and Trapped in bondage and convicted of constructive Froud evidence and not recieving a meaningful Health and Dental care and a Breach of Fiduciary obligation of misrepresentation while getting treated in a cruel unusal punishment threw out his Journey of Life and as of Right at the moments of his Father passing away all by the Agencies Corporations Entity's Judicial district courts of Judges, Lawyers, District Attorney's, politic office seatholders, Employees of State and Federal government Entitys institutions by all defendants thats listed and suposed to be registered and licenses and bonded as trustees under the 14th Amendment

IV. Statement of Claim
Section (D)

of the United States Constitution Amendment to serve and protect All live stock i.e. of Human Rights, Civil Rights of No mistreatment of Any Breathing Flesh and Blood human being or cruelty of humans or Animals or allow any Allied country, corporations and office seat holders to committ any Kind of tort treason or Fraud As Fiduciary's and plaintiff are listed as Citizens of U.S.A. Inc. Constitution Amendment but operating as tax title bond under the Supervision Authority Management budget control of trust of defendants thats listed as government Entitys Employees and office seatholders of the registry of and under U.S.A. inc. with the rights of human and Civil to abide by all guidelines in the Scope of the 14th Amendment United States Constitution of trade Value Market i.e. of Labor and foreign exchange while

# IV. Statement of Claim

Section (D)

living in the Jurisdiction of U.S.A. inc. and the District of columbia or in the custody of any State or Federal entity Agencies or institution under the care and control of State and Federal government as All defendants fail to the plaintiff and Fiduciary's required treatment and obligation by Plaintiff being incarcerated trapped in bondage of the 13th Amendment and Fiduciary's Supporting all defendants that's listed as plaintiff Payee and as defendants tax payers and plaintiff were housed and placed in the department of Corrections of the State of Florida and were missing in the physical Last days of his deceased Father and Fiduciary of 12 years and couldn't pay the honor of respect to his Fathers dead body and the Support condollence to the Fiduciary's Because of the Constructive Fraud criminal trial plaintiff were convicted of have

IV. Statement of Claim

Section (D)

Plaintiff trapped and bondage and cant move by any transportation provide food or clothing monetary funds and in pain and suffering getting mistreated in a malicious evil way of not feeding plaintiff spraying plaintiff with Chemical Agents of gas that burns at a thousand fairen high temperture all of cruel unusal punishment while housed at okaloosa correctional facility in the department of corrections in the state of Florida under the supervision of all employees thats listed as defendants thats emploted at okaloosa correction institution at the same time and days of plaintiff Father Fiduciary Edward M. McClain are struggling of living but All dying at the same Exact time of Corona virus and were a great fighting Cancer patient but U.S.A. inc. Failed to the preparation of being prepared when the virus traveled in U.S.A. inc. Jurisdiction

IV. Statement of claim

Section (D)

And plaintiff were trapped in Bondage of the Constitution 13th Amendment and were getting held against his own will when plaintiff had proved his burden of Proof of not having enough evidence or crediable eye wittnesses of the Constructive Froudolent evidence that were brought apon plaintiff in the criminal court of law so all defendants were in violation of the 2nd 5th 8th 13th and 14th Amendment by plaintiff presenting enough evidence to Prove he's not guilty and defendents were all making a predjudice decision out of they on destression and denying all plaintiff Motions, grievances, complaints, requests, Sick call sheets but charging Fiduciary's monetary funds of change value for defendants services of Fees and operating of not abiding by the 14th Amendment

IV. Statement of claim
Section (D)

When plaintiff is in the custody of the department of Correction of the State of Florida Abiding by the 13th Amendment of the United States constitution Amendment of Plaintiff are trapped in bondage and working Labor Jobs for Secretary of the State of Florida office Seatholder Laurel M. Lee and Secretary of the department of corrections of the State of Florida office Seatholder Ricky Dixon With No gain time that plaintiff could earn No exchange monetary funds plaintiff could earn for his hard work of Labor or No exchange Consumer goods of Food and water liquids by either office or entity of the defendants Seatholders Laurel M. Lee and Ricky Dixon But both parties using plaintiff as a product of U.S.A. inc. of Corporation, inmate prisoner, citizen of title and Bond i.e. gaining monetary funds from tax payers, Fiduciary's, Benificiary's, for Foriegn Exchange Value for the defendants Michael Richard Pence, Gary Gensler, Charles P. Rettig, Janet Louise Yellen.

# IV. Statement of Claims

## Section(D)

Whom all d.b.a. Plaintiff Breathing Flesh and Blood living human being are sureties of securities of exchange but all defendants are charging plaintiff sir charges of monetary funds while plaintiff operating under the 13th Amendment while incarcerated under the department of Corrections in the State of Florida under the the debt and lien of the State of Florida Constructive trust budget overseer Laurel M. Lee but allowing State and Federal Agency's thats listed as defendants draw monetary funds out plaintiff trust account of a inmate with donated Funds from Fiduciary's, Benificiary's for meaningful health and Dental care, Pro se motions, and any other services that plaintiff requiring for his Life Liberty Freedom thats in the stake of emergency Fear of a Life and Death situation in the decisions of all defendants offices agency's, corporations thats listed and allowing predjuice decisions

# IV. Statement of Claims
## Section (D)

To be made and ignored on the rights of Plaintiff civil rights and human Rights claus of equal protection and parties of all defendants Committing Constructive Fraud by setting up a Trans Agency//corporations/Entity's of combine Contracted in with in eachother i.e. as plaintiff and Fiduciary's Stockholders and drawing revenue from the McClain's title of birth certificates as bonds from Alied foreign Countries/corporations of sureties and securities of Exchange debt with the Benificiary's but at the same time Charging Plaintiff and Fiduciary's Monetary Funds for they services and taxes that Fiduciary's have to borrow Signature monetary funds of debt from Benificiary's for the survival cost of living with in the Jurisdiction of U.S.A. inc. which results to Constructive Fraud by all means of charging Fiduciary And Plaintiff monetary Funds and taxes for defendants Services of Dental, Health, Housing, Transportation, Consumer goods and paying one third of Fiduciary's Labor of earn income of tax Laws Sense the birth of every Blood Breathing Flesh and blood live Breathing human being

IV. Statement of claim
Section (D)

of the McClains Bloodline thats listed in all claims under the title of Plaintiff / Fiduciary's / Benificiary's And treating plaintiff in a Malicious Evil Attack out of cruel behavior of defendants of unusal punishishment during the times of plaintiff Father's last days on earth which is not allowed under the united states Constitution Amendment of civil Rights implemented in 1964 with in the Jurisdiction of U.S.A. inc. District of columbia As plaintiff going threw all these burdens of Claims and a soul death of plaintiff father of Covid-19 plaintiff ask the Okaloosa facalty an Staff Could he speak with a psychic nurse / Doctor And Sergant Small say there will be a sir charge monetary Fee that plaintiff will have to pay out his inmate / prisoner trust Account Just so plaintiff would think about losing a donated amount of money so he would refuse talking to a psychic counsel because the officers didn't want plaintiff to inform the psychic counsel on the cruel unusal punishment behavior that the Okaloosa facalty and staff were taking him threw at the time of a major death of his close blood link Father

# IV. Statement of Claim

## Section (D)

At this time we were in the month of May, 2020 plaintiff is exhausted tired and drained of living life hisself plaintiff been writting grievance complaints to the top Authority offices of the Department of Corrections of the State of Florida office Seatholder Ricky Dixon and all grievances and complaints have been denied as plaintiff exhaust all his remedies of mistreatment of creul unusal punishment of not feeding plaintiff and writting false disciplinary reports on plaintiff Just so the officers of okaloosa Correctional facility could result to Chemical Agents to spray on plaintiff to cover up they Evil malicious cruel behavior when plaintiff was submitted to be transfered sense March of 2020 so the facalty And staff of okaloosa Correctional facility held plaintiff to June Just to keep searching plaintiff cell and putting plaintiff on property restriction Just to search plaintiff property trying to find plaintiff grievances of complaints so they could destroy the grievance complaints so

# IV. Statement of Claim

Section (D)

plaintiff wouldn't have physical evidence of their evil malicious cruel unusal punishment behavior The acts of not feeding plaintiff started with sergant Jones and officer Soriano so in May of 2020 Soriano came for the last time and put plaintiff and his cell mate in the shower with hand cuff restraints and went searching plaintiff cell looking for the grievance complaints of himself officer Soriano and fellow officers who names were on the complaints but could not find them and tore up as ripped plaintiff medical grievance complaints and plaintiff family photo pictures See. Exibits G grievance log number 20-6-21695 and See. Exibits C grievance log number

Plaintiff had to think steps ahead of the facalty and staff of okaloosa correctional institution listed as defendants in these claims and keep his grievance complaints inside Another inmate/prisoner cell until Plaintiff transfers because the officers

IV. Statement of claims

Section (D)

At okaloosa correctional institution were violating Harvard v- INCH when a inmate/prisoner use the grievanance process of complaints on staff of F.D.O.C. officers cannot retaliate on the inmate/prisoner as they were doing plaintiff for the months of February, 2020 until the month of June in a cruel unusal punishment of malicious evil acts so plaintiff were exhausted and Fear for his life and requested on a grievance he fear for his life in the northern region of housing inmate/prisoner in the Department of corrections from the Camps of century correctional institution down to Columbia correctional in the state of Florida because officers be relatives from different Camps to camps and they work together on Abusive Attacks when inmate/prisoners as of Plaintiff get transfered to the next camp the Abusive Attacks follow the inmate/prisoner Plaintiff request grievance were submitted to the Secretary of department of corrections

# IV. Statement of claim:

## Section (D)

Of the State of Florida office an office Seatholder Ricky Dixon and seem as the Scheme of clean up the dirty malicious evil acts were a plot threw out the prison system of Department of Corrections altogether of defendants thats listed under F.D.O.C. because my grievance request were ignored and plaintiff were directly transfered by van to Century Correctional institution so as I plaintiff arrived at century C.I. for six days I were paranoid and had to try to think of anything on how to get transfered from Century C.I. fearing for my life and Liberty, freedom on the behalf of being not fed sprayed with Chemical Agents for four months and All employees ignored the Abusive grievance Complaints of cruel unusal punishment to Plaintiff imperil state of living trapped in bondage of the 13th Amendment in a caged steel door cell in the Department of Corrections of the State of Florida while Plaintiff cant

IV. Statement of claim
section (D)

Provide for himself and cant contact any Fiduciary's family member during the crisis of Corona Virus/Covid-19 while his Arm-length blood breeding Father were dying of the Head creator of Fiduciary's MCCLAIN'S Bloodline As plaintiff and Fiduciary's respect this honorable charter U.S.A. inc. as employees / consumers / citizens / corporations under All Agencies / offices / corporations and policy office seatholders under the 14th Amendment as trust trustees listed under all defendants failed the proper treatment of care custody control of life Liberty Freedom of the respect an' honor of the plaintiff and Fiduciary's MCCLAIN'S Bloodline while born Breathing Blood and Flesh blood living and Dead human being under the equal protection claus of the 14th Amendment Human and Civil Rights

# IV. Statement of Claim

## section (D)

As all claims are conducting constructive Fraud misrepresentation A breach of Fiduciary obligation a meaningful health and Dental care cruel and unusal punishment At the birth of the MCCLAIN'S bloodline Plaintiff and Fiduciary's were birth in U.S.A. inc. Jurisdiction of the creation of Mother Fiduciary Linda MCCLAIN and Father Edward M. MCCLAIN Jr. during the late years of the 1970's. 75, 77, 79, are the years Edward M. MCCLAIN had produced three baby boy's Fiduciary's Edward G. MCCLAIN, Plaintiff Terence M. McClain Fiduciary Donnell V. McClain.

# IV. Statement of claim

## section (D)

Thru the carrier Mother Fiduciary Linda N. MCCLAIN As Youth Adult Parents And by all means to raised there blood sibilings under a Fair Justice system abiding by the laws of the United States Constitutional Amendments of equal protection equal Rights of being born as a Breathing Blood Flesh Human being of live stock with in the Jurisdiction of U.S.A. inc. and the district of columbia As Fiduciary's Linda N. MCCLAIN and Edward M. MCCLAIN Just produced New born babies of three boys carrier Mother Fiduciary Linda MCCLAIN siblings plaintiff Terence M. McClain Fiduciary's Edward G. MCCLAIN, Donnell V. MCCLAIN all were lost and left behind getting raised by a single parent Mother Fiduciary

IV. Statement of Claim

Section (D)

Linda N. MCCLAIN all on the Force defendants offices U.S.A. inc. and U.S.S.A. Military that her husband Edward M. MCCLAIN Jr. has to submitt to the Commands of recruiting all first born sons of they birth generation to Join the U.S.S.A. Military by No Means Necessary with out a choice of chosing your wife and raising your New born siblings of plaintiff Terence M. McClain, Fiduciary's Edward G. MCCLAIN, Donnell V. MCCLAIN under the U.S.C.A. if Edward M. MCCLAIN Jr. refuses it could result to death or being incarcerated in a prison so a sacrifice of Fiduciary's Linda MCCLAIN, Edward G. McClain, Donnell V. MCCLAIN and Plaintiff Terence M. McClain was forced apon of losing the Father head of the house hold and the soul root of the strength of the MCCLAIN's bloodline at that time

# Statement of Claim

## Section(D)

Of the late 70's Youth Adults that Just had sibilings of new born babies who have not even started going to a public or private school Yet Leaving Fiduciary/wife/Mother Linda N. MCCLAIN as a single handed Mother with a single gain of earn income as a Labor working parent all on the commands of U.S.A. inc. and U.S.S.A. Military When Fiduciary Edward M. MCCLAIN were forced as a recruitment Breathing Flesh and blood human being as a youth adult that were not appointed a Corporate Agent for the registry of family bloodline income, insurance, and any other benifits that were required for Plaintiff and all other Fiduciary's when A Father Joins the U.S.S.A. and missing from

Statement of Claim

Section (D)

The household of his wife and sibilings All falls on the office seatholder of U.S.A. inc. back then and Now and the offices seat holders back then and Now U.S.A. inc. office seat holder Now Michael Richard Pence and the office seatholders of the U.S.S.A. Now James C. McConville, Jim Syring, Wayne Peacock Patrica Teague, James M. Zortman, Herman E. Bull: Juan C. Andrade, Eileen M. Collins, David Darnel Raymond P. Davis, Tracy L. Garrett, Mary E. Landry, Darren W. McDew, Tracy B. McKillen, David F. Melcher, William F. Moran Jr., AI Gerald R. Murray, G. Patrick Phillips, Robert L. Vanantwerp, John F. Young, Dona Young all resorted in Constructive fraud a breach of Fiduc Obligation misrepresentation and meaningful Healt and Dental care and Cruel unusal punishment by forced recruitment to Join the U.S.S.A. Military as a Youth Adult of only a couple years after

IV. Statement of Claim
section (D)

Graduating high school and Just getting Married and producing new born babies starting his family bloodline Arm length sibilings up til today plaintiff and Fiduciary's by him Fiduciary Edward M. MCCLAIN Jr. was forced to Join the U.S.S.A. Millitary left his family bloodline imperil of income leadership strength and male discipline by office seatholders of U.S.A. inc. and U.S.S.A. Millitary forcing recruitment on Fiduciary Edward M. MCCLAIN Jr. and taking him away from his soul family bloodline and not providing No income or benifits to his wife Fiduciary Linda N. MCClain Sons Fiduciary's Edward G. MCCLAIN, Donnell V. MCCLAIN and plaintiff Terence M. MCCLAIN results to Constructive Fraud on the behalf of offices U.S.A inc. and U.S.S.A. Military by taking a Father away from his Kids under the U.S.C.A. 14th Amendment and not rewarding

IV. Statement of Claim

Section (D)

Fiduciary Edward M. MCCLAIN wife Fiduciary Linda N. MCCLAIN any benifits or income to Provide for the MCCLAIN's bloodline household of meaningful Health and Dental care or lights water, Gas monetary fund fees and for produce and other food products that Fiduciary Linda N. MCCLAIN had to provide for her children as a single household income all off the Contracts of the U.S.A. inc. and U.S.S.A. Military decieted Fiduciary Edward M. MCCLAIN to sign after the recruitment of force to Join the U.S.S.A. Military which results to a cruel unusal punishment on the MCCLAIN'S bloodline After losing a father in the physical presents and Starving and budgeting a single income from Fiduciary Linda N. MCCLAIN and benifits of insurance Dental and Meaningful health had to be drawn out Fiduciary Linda N. MCCLAIN . Single handed income of earn

IV. Statement of claim

Section (D)

monetary funds for her Labor of employment After and during husband Fiduciary Edward M. MCCLAIN Jr. were serving Life Liberty and protection for the Jurisdiction of U.S.A. in under the Authority of the U.S.S.A. Military back then and Now office seat holders thats Listed under defendants in these claims All U.S.S.A. Military board members and commissi ers hold the office seats for the exact title thats listed under their office seat an are required to up hold that title office seat to gaurontee that each member thats listed in the U.S.S.A. Military or veterans or discharged members get all required benifits, counselling, and a stable living for them and there family Wife / EX wife and sibilings After and during the time each member serves a limit of time in the U.S.S.A. Military.

IV. Statement of Claim

Section (D)

All defendants thats Listed under U.S.S.A. Militar[illegible] Fail to do so on all claims with in the force recruitment of Fiduciary Edward M. MCCLAIN Jr and Plaintiff and Fiduciary's by putting a famil[illegible] bloodline in default of conviction of debt whe[illegible] the soul provider were forced away by the office and seat holders of U.S.A. inc., U.S.S.A. Military, bu[illegible] still had to pay tax fees of consumer goods an[illegible] taxes to the Internal Renue Service office seat holder Charles P. Rettig After being born under title and registered in the State of Florid[illegible] constructive trust and getting traded i.e, as foreign exchange securities office seat holder Gary Gensler on the behalf of the department of Treasury budget offic[illegible] seat holder Janet Louise Yellen during and After Fiduciary Edward M. MCCLAIN Jr.

# IV. Statement of Claim

## Section (D)

Had to but not willingly committed to the U.S.S.A. Military for the offices U.S.A. inc./ Securities exchange commission / Internal Revenue service / U.S. Department of Treasury and the Secretary of the State of Florida As a blood sacrifice of the Art of war And a Soldier to sacrifice blood for the boudaries Jurisdiction respect of U.S.C.A. 14th Amendment Laws with in the scope of U.S.A. inc. and the district of columbia on how they will be rewarded the best of benifits, income, and afforable housing for they family for Joining the U.S.S.A millitory and Honoring the Slogan By way of Deception Thou Shalt Do war As Fiduciary Edward M. MCCLAIN Jr. Understood in properly commands of all offices Listed as defendants and honoring the commands to the Laws Commands Contracts, and Voices to all offici government Agencies registered with in the U.S.A inc.

# IV. Statement of Claim

## Section (D)

Seat holders back then in the late 1970's and of now today even that he had to leave his soul produced begining of the start of his blood tide wife Fiduciary Linda N. MCCLAIN with they new born sibilings Fiduciary's Edward G. MCCLAIN, Donnell V. MCCLAIN and Plaintiff Terence M. MCCLAIN and knowing but forced that he leaving a family of his created blood and taking a sacrifice of his life and might wont make it back of the results could turn out to be the death of him for the sacrifice of U.S.C.A. 14th Amendment of U.S.A. inc., and U.S.S.A. Military and all other government Agencies listed in these claims thats registered i.e. trans contract with in each other as all defendants thats listed Are in the Act of constructive Fraud, A breach of Fiduci obligation misrepresentation and meaningful Health and Dental care cruel unusal punishment of the MCCLAIN's bloodline civil Rights, Human Rights of the U.S.C.A. 14th Amendment by forcing Edward M. MCCLAIN Jr. to serve as a U.S.S.A. Military soldier

# IV. Statement of Claim

## Section(D)

And signed contracts i.e. with the U.S.S.A. Military and all U.S.S.A. Military office seat holders listed under defendants didn't make sure the McClain's Bloodline were compasate all benifits and earn income that Fiduciary Edward M. MCCLAIN Jr. signed for by contracts of Laws of the U.S.C.A under the 14th Amendment During the time he served for the U.S.S.A. Military an after As soon as Edward M. MCCLAIN Jr. were recruited and forced to Join the U.S.S.A. Military U.S.A. inc. were in a combat war with in the Jurisdiction of the Vietnamese war titled the Vietnam war Edward M. MCCLAIN Jr. were not trained in enough time or mentaly ready for a blood shedding sacrifice war that U.S.A. inc. and U.S.S.A. Military forced him into as a Youth Adult as U.S.A. inc and U.S.S.A. Military were experimenting with a land that were set up as a suicide war land field that were already set up

IV. Statement of Claim

Section (D)

with land mine bombs that Edward M. MCCLAIN Jr had to smell in order to survive the death traps of invisiable trip lines of bombs that Edward M. MCCLAIN Jr. had to see from the higher power of creation eye for him and the rest of the platoon he were placed in to survive the vietnam war and make it out alive He had to result into the his higher power voices, smells and eyes of survival of the finnest to understand the vietnam war that U.S.A. inc. and U.S.S.A. Military had recruited him and forced him to serve in full throttle resulting to his life or death in a blood sacrifice for the Authority offices of U.S.A. inc. and U.S.S.A. Military That didn't honor Edward M. MCCLAIN Jr. with his contracts of earn income and benifits for the Plaintiff and Fiduclary's MCCLAIN's bloodline After Edward M. MCCLAIN Jr. had to take lifes of No age bracket which he were not warn before he landed on

# IV. Statement of Claims

## Section (D)

The battle field of the Vietnamese Vietnam war by him resulting to the No Age of blood shedding in order for him to survive and were not pre warned was a act of cruel unusal punishment on the behalf of U.S.A. inc. and U.S.S.A. Military to Edward M. MCCLAIN Jr. Mind, body, Spirit, and Soul for the rest of his Life until the death of him so as he return back to the States of U.S.A. inc he resulted to drinking Alcohol heavy Smoking what ever that could Keep his mind off the traumatize acts that he had to carry out for the blood shedding war Sacrificing lifes of No Age bracket for U.S.A. inc. and U.S.S.A. Military as he explain to his wife Fiduciary Linda N. MCCLAIN and sibilings Fiduciary Edward G. MCCLAIN, Donnell V. MCCLAIN, and Plaintiff Terence M. MCCLAIN that he was forced with out Knowing that he had to carry out acts in the Vietnam war that he were not told or pre worned in the little time of training for war in training Camp

# IV. Statement of Claims
## Section (D)

That he had to shed that Kind of blood with in No Age bracket as he explain to his wife and sibilings the things he talked to us about he told his soul tide blood family MCCLAIN' Bloodline that we couldn't repeat these stories or talk about them to Nobody after this conversation Then prepaired his sibiling sons for life or Death at any time we wake up or any day we open our eyes to the physical existence of the universe it could result to "HoKa Hey" A good day to die for the Karma of the blood he had to shed for U.S.A. inc. and U.S.S.A. Military in the act of Vietnam war Edward M. MCCLAIN Jr. explain to his blood tide family that he could not be physical or emotional attached to us any more Knowing and willingly letting his sibilings go because what he have been exsposed to in Vietnam war he Knew the gun violence will come back to hunt him one day threw the Karma of his Kids getting attack out of war or IN some Kind of hate Attack in gun violence

# IV. Statement of claim
## Section (D)

Do to the Acts he had to carry out for U.S.A. inc. and U.S.S.A. Military and corupted his pride spirit body mind and soul as A Father of a proper raised Family Edward M. MCCLAIN Never came back to a Stable balance mind After returning from the Vietnam war by hearing exsplosive bombs living in a dump field of dead bodies of all ages the smell of the explosive bombs devices entering his lungs Causing damage of major medical issues and mind truama for the rest of his life results to a cruel unusal punishment by the offices and Agencies and office seat holders of U.S.A. inc. and all other defendants thats listed in these claims as well as meaningful health and dental care was not rewarded to Edward M. MCCLAIN Jr. or the MCCLAIN's bloodline listed as Plaintiff and Fiduciary's in these claims

IV. Statement of Claim
Section (D)

Fiduciary obligation to the contracts Edward M. MCCLAIN signed for the Force recruitment of Joining and serving the U.S.S.A. Military of the sacrifice of his life to the results of not being in the physical presents of his sibilings and wife and was not rewarded the proper benifits or incom to support his bloodine MCCLAIN's Family Plaintiff Terence M. MCCLAIN Fiduciary's wife Linda N. MCCLA and sibilings Edward G. MCCLAIN, Donnell V. MCCLAIN for the financial burden of survival of debt charge for Health care Dental care Life insurance and all uniform Commercial Code Consumer goods that are monetary fund exchange promissory notes, bit coins wire transfers of checks and debit exchange for the Labor that the MCCLAIN's Bloodline earn by working under the 14th Amendment of the U.S.C.A. and deprive out of all earn income and benifits after Edward M. MCCLAIN Jr. served for the same benifits to be rewarded to him and his Bloodline MCCLAIN's Family plaintiff and Fiduciary's from the begining

# IV. Statement of claim

## Section (D)

All monetary Funds that supose to be rewarded to Edward M. MCCLAIN Jr. and MCCLAIN's bloodline as plaintiff and Fiduciary's were Kept in a Constructive Fruad manner by the offices, and Agencies seat holders of USA inc. / Internal Revenue Service / U.S. Department of Treasury / Secretary of the State of Florida / U.S. Securities Exchange Commission Agency As The MCCLAIN's Bloodline Piolntiff and Fiduciary's were Paying L.L.C. and L.L.P. insurance for health, Dental and Life policy's were Froudolent defaults. by the U.S.S.A. Military and all other Corporations thats registered under U.S.A. inc. and doing independant business charging the MCCLAIN's Bloodline for Health, Dental, and all other consumer goods with out issuing each arm length sibiling and wife a monthly income check from the government agencies thats d.b.a. a incorporation, L.L.C, L.L.P. registered with in the U.S.A. inc. Jurisdiction and district of columbia were a Constructive Froud, Meaningful Health and Dental care! a cruel unusal punishment and a breach of

IV. Statement of claim

Section (D)

Of the birth of his sibilings U.S.A. inc. office Seatholder Michael Richard Pence / Internal Revenue Service office Seatholder Charles P. Rettig / U.S. Departm of Treasury office Seatholder Janet Louise Yellen / Secretary of the state of Florida Seatholder Laurel M. Lee / U.S. Securities of Exchange Comission Agency executive Chairman office Seatholder Gary Gensler are all in a Conspiracy Cohoops of Constructive Fraud Cruel unusal punishment a breach of Fiduciary's obligati meaningful health and Dental care in the Violation of civil Rights and Human Rights by charging Plaintiff and Fiduciary's the MCCLAIN's family Bloodline for Life, Dental, Medical, insurance by other incorporations and for Consumer goods of Commercial Transactions After not rewarding them they benifits and monthly income when Fiduciary Edward M. MCCLAIN Jr. served in a vietnam war under the uniform Commercial Code, united States Constitution Amendment 14th Amendment of equal Protection claus and treatment of civil Rights

# IV. Statement of Claim

## Section (D)

And Human Rights under the reserved rights of the U.S.S.A. Military and all U.S.S.A. Military office Seatholders listed as defendants in these Claims put Plaintiff and Fiduciary's in a peril position all the days of they life while existing as a breathing Flesh and Blood living human being while surviving on this Planet Earth of the universe Affected the State of minds of wife Fiduciary Linda N. MCCLAIN Fiduciary's Edward G. MCCLAIN Donnell V. MCCLAIN, and Plaintiff Terence M. MCCLAIN Now all the way down to the Second generation of the MCCLAIN's Bloodline Edward M. MCCLAIN Jr. Grandchildren Fiduciary's Tia Marshe' MCCLAIN, Terence M. MCCLAIN Jr., Trillveyon M. MCCLAIN the blood sibilings of Terence M. McClain Listed as Plaintiff in these Claims lost they Father to the Same Agencies incorporations and offices and seat holders thats listed as all defendants to A Act of construct Froud and all other Claims

# IV. Statement of Claim

## section (D)

Also Fiduciary Edward G. MCCLAIN the First born son of Fiduciary Edward M. MCCLAIN Jr. and Mother Fiduciary Linda N. MCCLAIN Children and Grandchildren are affected by all civil rights claims and Human Rights claims caused by the damages and defaults of debts and convictions of U.S.A. inc and all other Agencys, Corporations, offices, Judicial cou and trustees of office seatholders and employees that listed as defendants in these claims Fiduciary Greg E. MCCLAIN and Fiduciary Jarquavion MCCLAIN are The sons of Edward G. MCCLAIN and the Grandchildren of Edward M. MCCLAIN Jr. and Linda N. MCCLAIN and also the Nephew of plaintiff Terence M. MCCLAIN who never been able to be around them as a supporti blood loving uncle watching the growth and the developement of they childhood to grown adult stages of there life and GrandFather Fiduciary Edward M. MCCLAIN Jr. Never been able to spend time with his own blood sibilings Grandchildren

# IV. Statement of Claim

## Section(D)

Because of the severe damages U.S.A. inc. and U.S.S.A. Military cause Fiduciary Edward M. MCCLAIN Jr. Mind body spirit and soul during the Acts he carried out in Vietnam war resulted to a mind set of not getting emotional attach to any blood sibiling of his own creation because he explain as you and any other Breathing blood and Flesh human being enter this world it can and some time will result to the death of the life of the human No matter if its a baby when its that human time to die you have to let it as the human or baby go as soon as the human being enter the world of existence of life as Edward M. MCCLAIN Jr. explain to plaintiff and Fiduciary's Thats the Mind set that U.S.A. inc. and U.S.S.A. Military forced upon him as they recruited him and so quick of training for war throwed him in the battle fields of Vietnam war

# IV. Statement of Claim

## Section(D)

After returning from the Vietnam war Fiduciar
Edward M. MCCLAIN Jr. had to leave his wife, blood
Sibilings Children Fiduciary's and never been in a
Stable mind set to get to Know his grandchildren
on the behalf of U.S.A. inc. and U.S.S.A. Military
Offices and offices seatholders back then of the
late 70's and of now thats listed in these claims
Under defendants d.b.a. U.S.A. inc. and U.S.S.A. Militar
by recruiting Fiduciary Edward M. MCCLAIN Jr. Forcin
him into the military as a soldier and throwed into a
hand to hand combat battle field of the Vietnam war
in such little of time to train or be mentaly prepared
of what go on in a Country to Country Jurisdiction war
Under the 14th Amendment of the United States
Constitution Amendment of all reserved rights registered
Under U.S.A. inc. and U.S.S.A. Military After Edward
M. MCCLAIN Jr. Served in a battle field hand to hand Combat
there could not be enough counseling to bring him
back to a stable mind or meaningful health because

# IV. Statement of Claim

## Section(D)

Fiduciary Edward M. MCCLAIN Jr. had P.T.S.D. for the remaining of his life unitil the death of him thinking and knowing his blood sibilings going to get attacked by gun violence of war into the lands, cities, states of the jurisdiction of U.S.A. inc. and the district of Columbia because of his actions he carried out for the blood shedding sacrifices of the Vietnamese for the offices of U.S.A. inc. and U.S.S.A. Military and til this day of claim until all offices and defendants concede they never provide the proper care of Health and financial burdens that the MCCLAIN's bloodline earned from the birth of plaintiff and Fiduciary's As of Fiduciary Edward M. MCCLAIN Jr. were on VA benificiary plans of Health and financial but sibilings were not on them plans of insurance bonds and At the ending of Fiduciary Edward M. MCCLAIN Jr. Breathing Flesh and blood existing life he were diagnos with cancer as he were fighting to live as a surviving cancer paitient U.S.S.A. Military canceled his life insurance under U.S.S.A. Military life insurance knowing Fiduciary Edward MCCLAIN Jr, were on his death bed of living his last days on Earth

# IV. Statement of Claim

## Section(D)

So the office seatholders of U.S.S.A. Military listed as defendants in these claims resulted to a breach of Fiduciary obligation by canceling his life insurance policy that all obligations of monetary funds supose to be rewarded to the MCCLAIN's bloodline As U.S.S.A. Military canceled Fiduciary Edward M. MCCLAIN Jr. life insurance Policy Knowing he were dying so the U.S.S.A. Military acted in the manner of constructive Fraud by allowing Edward M. MCCLAIN Jr. to sign a contract i.e. a U.S.S.A. Military Marine soldi with a life insurance policy of earn income that get withdrawled from his monthly benifits And the offices of U.S.A. inc. and U.S.S.A. Milita seatholders gained revenue to build the corporal insurance bonds of e.g. a stock and e.g. a bond but canceled e.g. an option of Edward M. MCCLAIN life insurance policy during his fighting stages of living but dying of cancer as U.S.A. inc. office and office seatholder and U.S.S.A. Military office seatholder

# IV. Statement of claim
## Section (D)

Knowing but willingly build a insurance policy of Deceit, Trickery tricks of impostor cheaters thats governing the life insurance policy's for U.S.A. inc. and U.S.A. Military V.A. Soldier Fiduciary Edward M. MCCLAIN in a Fraudulent manner by canceling his life insurance Policy that supose to be rewarded to the MCCLAIN's bloodline sibilings plaintiff and Fiduciary's during his unhealthy days of dying at the end of his life and recommended Fiduciary Edward M. MCCLAIN Jr. to a A insurance Agency registered under U.S.A. inc. by the Corporation name Royal Neighbors of America that Accept dying Flesh and blood breathing human beings thats on they dying stages of life and provide a life insurance policy as they registered Fiduciary Edward M. MCCLAIN Jr. as a client i.e. for a life insurance coverage Knowing his death are at his last stages but willingly allowing him to pay monetary funds of a life insurance Policy for the coverage of his funeral costs and what ever that could be rewarded to his sibilings as he passes away of living life on Earth of death

# IV. Statement of Claim

## Section (D)

As employees and corporation seatholders of Royal Neighbors of America Life insurance Agency defendants Jane "Doe" Cynthia A Tidwell d.b.a. president and CEO of Royal neighbors of America, John A. "Doe" d.b.a. general counsel secretar for Royal neighbors of America, Ryan Dwayne Atkins d.b.a. selling Agent for Royal neighbors of America, Victoria Ciriac d.b.a Senior claims Examiner registered nurse for Royal neighbors of America All are in the acts of i.e. Constructive fraud and a breach of Fiduciary obligation in a Cruel unusal punishment in a predjudice manner by Selling Fiduciary Edward M. MCCLAIN Jr. a life insurance policy Knowing he were a fighting diagnose cancer paitient on his last stages of life and registered Fiduciary Edward M. MCCLAIN A Accelerated Living Benefit Rider insurance plan that only pays out on a loan that Fiduciar Edward M. MCCLAIN Jr. has to borrow on the

IV: Statement of Claim
Section (D)

Life insurance policy of the monthly fees that he's required to pay Royal neighbors of America every month which results to Fraud on the behalf of U.S.A. inc. office seatholder MIchael Richard Pence, U.S. Securitie exchange office seatholder Gary Gensler, Internal Revenue Service Charles P. Rettig, U.S. department of Treasury office seatholder Janet Louise Yellen, Secretary of the State of Florida office seatholder Laurel M. Lee, U.S.S.A. Military office seatholders James C. McConville, Jim Syring, Wayne Peacock, Patrica Teague, James M. Zortman, Herman E. Bulls, Juan C. Andrade, Eileen M. Collins, David Darnell, Raymond P. Davis, Tracy L. Garrett, Mary E. Landry, Darren W. McDew, Tracy B. McKillen, David F. Melcher, William F Moran Jr., AI Gerald R. Murray, G. Patrick Phillips, Robert L. Vanantwerp, John F. Young, Dona Young by Knowing that Fiduciary Edward M. MCCLAIN Jr. Served in the U.S.S.A. Military as a Vietnam Soldier on the battle fields of the vietnamese land of Jurisdiction for all the offices listed under defendants in these Claims of government agencies under registry of

# IV. Statement of Claim

## Section(D)

U.S.A. inc. by Charging Fiduciary Edward M. MCCLAI Jr. Monetary Funds of taxes to the Internal Revenue Service office charging him for consumer goods tha getting imported from foreign Allied nations, Corporatio and Agencies Charging him for housing and transportatio After he were born as a breathing blood and Flesh human being and created a bloodline of sibilings and grandchildren thru the Mother carrier Fiduciary Linda N. MCCLAIN combine together created Fiduciary's Edward G. MCCLAIN, Donnell V. MCCLAIN, Plaintiff Terence M. MCCL of sibilings who created grandchildren Fiduciary's Tia M. MCCLAIN, Terence M MCCLAIN Jr., Greg E. MCCLAIN, Trillveyon M. MCCLAIN, Jarquavion MCCLAIN, whom all lost A physical Father and Grandfather in the MCCLAIN family bloodline house hold do to the government Agencies listed as defendants by forcing Fiduciary Edward M. MCCLAIN Jr. to serve in vietnam war for U.S.A. inc. and U.S.S.A. Military as a Gentlemen. but lost his true Character of life do to the trauma blood shedding he indulged in for the offices of U.S.A. inc.

IV. Statement of Claim
Section(D)

U.S.S.A. Military and never come back to a stable mind set of life, liberty, and Freedom living love or happiness which plaintiff and Fiduciary's were set up on a all out government offices and Agencies scheme of constructive Fraud from the birth of each MCCLAIN as breathing blood and Flesh human being of a off balance income of monetary funds for survival of the cost of living at the corporations of U.S.A. inc. costs of exchange value for consumer goods and shelter and transportation And getting triple charged and taxed by plaintiff and Fiduciary's being listed as American citizens but register as corporations of i.e. bonds e.g. a stock and e.g. a bond of title for the secretary of the state of Florida office and office seatholder Laurel M. Lee in the State constructive trust Account As corporations for U.S.A. inc. office and office seatholder Michael Richard Pence of surities of securities exchange for U.S. securities exchange commission Agency and office seatholder Gary Gensler for the department of U.S. Treasury account of foreign exchange borrowed debt on the bonds e.g. of stock of the plaintiff and Fiduciary's

IV. Statement of Claim

Section(D)

MCCLAIN's bloodline of breathing Flesh and blood human beings from the benificiary's but also charging Plaintiff and Fiduciary's taxes thru the department of Internal Revenue services office and office seatholder Charles P. Rettig all off the debt that U.S. department of Treasury office seatholder Janet Louise Yellen have already borrowed a lien of consumer goods, transportation, housing and all other exchange value thats imported in the Jurisdiction of U.S.A. inc. and of life insurance and health and Dental care so all offices and office seathd in a prediudice manner offices listed as defenda in a cruel unusal punishment to plaintiff and Fiduciary of the MCCLAIN's bloodline by forcing Fiduciary Edward M. MCCLAIN Jr. out his family house hold to Serve and protect for the U.S.A. inc. and U.S.S.A. Military then at his dying last stages of his living breathing Flesh and blood Existing life reJect and renege on all contracts of i.e. under the U.S.S.A. Military Agency of meaningful health and Dental and life insurance Policy's then detoured Fiduciary to Royal Neighbors of America insurance Agency

# IV. Statement of claim

## Section (D)

AS Fiduciary Edward M. MCCLAIN Jr. were fighting Cancer Royal Neighbors of America insurance were the only life insurance Agency that would offer some Kind of life insurance for his burial of furneral costs Knowing he is about to pass away of death After Fiduciary Edward M. MCCLAIN Jr. purchase the life insurance policy from Royal Neighbors of the Face Amount of 10,000.00 Aft his death supose to be rewarded to his first born sibilin Son Fiduciary Edward G. MCCLAIN with in being in honor faithful and dedicated to paying the monthly life insurar Policy to Royal Neighbors of America Agency U.S.A. inc. failed into default of a virus that entered the Jurisd of U.S.A. inc. and the district of Columbia by the listed name of Corona Virus/Covid-19 Air borne bacteria that U.S.A. inc. and office Seatholder Michael Richard Pence were not prepared to protect the elderly and other human beings that were already fighting off a illness as Fiduciary Edward M. MCCLA were fighting cancer at the time and the Corona Virus/Covid- took his life all on the behalf of U.S.A. inc. Seatholder not bein Aware or prepared of a great patron to the MCCLAIN's bloodline After Fiduciary Edward M. MCCLAIN Jr. Paid all costs of Agency insurance policy debt

# IV. Statement of Claim
## Section (D)

For the remaining of his life thats left to live as a breathing Flesh and blood human being and when he Passed away of a deceased death Royal Neighbors of America life insurance policy denies the death claim insurance policy of monetary Funds of the amount Supose to be rewarded of $10,000.00 to Fiduciary Edward M. MCCLAIN Jr. for his first born living son Fiduciary Edward G. MCCLAIN for a proper burial funeral Service for the forefather of the MCCLAIN's bloodline After the death of Fiduciary Edward M. MCCLAIN Jr. Under U.S.A. inc. office and office seatholder Michae Richard Pence allowed U.S.S.A. Military and Royal Neighbors of America to renege in the Acts of Constructive Fraud by only rewarding Fiduciary Edward G. MCCLAIN only $1,266.50 of monetary funds for the Life insurance policy of Fiduciary Edward M. MCCLAIN Jr. See. Exlbits H After Serving in the U.S.S.A. Military as a V.A. Soldier in the Vietnam war Plaintiff and Fiduciarys only had the amount of monetary funds to only have Fiduciary Edward M. MCCLAIN Jr.

# IV. Statement of Claim

## section (D)

Cremated which is a horriable burial for the plainti and Fiduciary's to remember of the soul creation of the MCCLAIN's bloodline because of the predjudice Manner acts of all defendants as they combine of A trans corporations of U.S.A. inc. governments bodies of Agencies of i.e. Constructive Fraud, A breach of a fiduciary obligation, misrepresentation and meaningful health and Dental care, cruel unusal punishment of Pain and suffering violating the human Rights and civil Rights of plaintiff, Fiduciary's 1st Amendment 2nd Amendment 5th Amendment 6th Amendment 8th Amendme 13th Amendment and 14th Amendments of the united states Constitution Amendments under the English doctrine of England Adopted thru the U.S.A. inc. way of i.e. of all claims are a part of tort treason and Fraud acts on the MCCLAIN'S bloodline by deprivati of civil rights human rights privileges immunities secured by the Constitution and Federal laws and the defendants of State local and Federal officials are Contracted with in each other corporations, Agency doin buisness Amongst one government body to the next of all defendants gaining Revenue of Fraudalent

# IV. Statement of Claim

## Section (D)

monetary funds while in the offices of the MCCLAIN's overseers of Plaintiff and Fiduciary's title of birth rights bond's i.e. e.g. a stock and e.g. a bond under the registry of U.S.A. inc. trustees of office seatholders of corporations, Agencies, Judicial courts, Lawyer/Agents Judges Supose to act in all manners of trust of equal rights and protection of civil and human Rights towards the MCCLAIN's bloodline plaintiff and Fiduciary's but all defendants fail to follow the guidelines of all the United States Constitution Amendments 14th Amendment with in the adoption Of England doctrine registered under the Vatican of Rome U.S.A. inc. registered in the Jurisdiction of the island Puerto Rico Which all laws Arrive from the Maritime Jurisdiction thru out the foreign Alied countrie's, Corporations, Agency

IV. Statement of Claim

Section (D)

When importing and exporting legal and illegal goods to the lands of the American people for usage of commercial goods under the 14th Amendment of the uniform commercial code to gain Revenue of Labor for exchange of monetary funds for the control of the breathing blood and Flesh human beings thats listed and operating under the united states constitution Amendments as citizens As Plaintiff and Fiduciary's, and Benificiary's when all goods are inherited from the earth And required to be exchanged off of trust of the Treasury of U.S. Treasury account of the budget thats under the titles of plaintiff and Fiduciary's birth rights of civil and human rights of a breathing blood and Flesh human being registered under birth certificate of the registry of U.S.A. inc. as a e.g. bond e.g. Stock with a e.g. option the defendants at default for depriving Plaintiff and Fiduciary's they e.g. option After paying the Charges of monetary fees to all defendants offices and office-Seatholders. And all defendants acted in a

# IV. Statement of Claim

## Section(D)

Constructive Fraud manner A breach of Fiduciary's obligation misrepresentation, meaningful health and Dental Care, Cruel and unusal punishment of predjudice acts towards the MCCLAIN's Bloodline plaintiff and Fiduciary's by operating out the Jurisdiction of U.S.A. inc. and the district of Columbia and placing politicians, Judges, Lawyers, employees, and office seatholders as government agencies as office seatholders trustees of trust but setting up the citizens of U.S.A. inc as a group of defendant thats in full contempt of Fiduciary's and plaintiff forcin Crime against humanity so all defendants can impower they Stocks and bonds of Corporation Revenue off the debt of Fiduciary's earn income and trapping plaintiff in bondage of the 13th Amendment for warehouse goods of foreign exchange from the benificiary's so plaintiff and Fiduciary's have No other results to turn to when the offices of U.S.A. inc.; Internal Revenue service, Secretary of the state of Florida, U.S. department of Treasury, U.S. Securities exchan Commission Agency, department of Corrections of the state of Florid All office seatholders of personal operation of default Claims

IV. Statement of Claim

Section (D)

Are MIchael Richard Pence, Charles P. Rettig, Laure M. Lee, Janet Louise Yellen, Gary Gensler, Ricky Dixon So plaintiff and Fiduciary's turn all claims retribution, bonds and monetary funds over to the Consulars to care for Plaintiff and Fiduciary's that's listed as citizens and be rewarded as Corporations of the Sovereign Political party With in the Jewish grace period of the Standard law of No later than 90 days of all defendants and offices Conceding with in the United States district Court of Constructive Fraud, Misrepresentation A breach of Fiduciar. obligation, meaningful health and Dental care, Cruel and unusal punishment of predjudice acts and decisions with in the uniform Commercial Code of the 14th Amendment of Plaintiff and Fiduciary's civil and human rights in violation of U.S.A. inc. and all defendants and offices listed and registered with in Corporation of U.S.A. inc. All Other Exibits and evidence of facts demanded if defendants not conceding with the Jewish grace Period of 90 days Plaintiff demanding the United States district Court to move in order of records and evidence from the offices, Freedom of information Act,

IV. Statement of Claim
section(D)

office of management budget, Department of Fiscal services, Miller Act Bonds, 274 performance bond, Vital record of health, Department of health, Florida department of healt Vital Records Bureau, Inmate trust Fund Account, Judicial Qualifications Committee, Florida Department of Law enforcement Criminal Justice information, International Emergency Economic Powers Act of 1977 the year plaintiff were born as the DNA of a Visionary God and the DNA of a War God which plaintiff Agrees to ignorant to the law is not an excuse everyone is expected to know the law so all claims result to you have to be able to see in the dark, hear in the dark, and smell in the dark to understand the world rulerships of war blood shed, organizations, with in Jurisdictions of statues and debt liens, united states Constitution Amendments of the 14th Amendment, universo law of the uniform commercial code of foreign exchang of debt tax titles of the people and immigrants withi the one world government of united Nations committee Are the only way honor and respect could be earn and rewarded to one another breathing Flesh and blood human being as sureties bonds of equal protection of civil and hum

# IV. Statement of Claims

## Section (D)

Rights d.b.a. Law in order as its Maxim and well establish As plaintiff exercised all Fiduciary's and the MCCLAIN's Bloodline birth rights of civil and human Rights of the 14th Amendment of the United States Constitu Amendments of all claims be rewarded to the Benificiary's of divided equal amounts of retribution to all 92 that's listed under Plaintiff and Fiduciary's as Benificiary's consulars with in the Jewish grace period of 90 days being that All maritime law that arives on U.S.A. inc Jurisdiction of Soil are enforced embraced and honorably sworn in duties of Jewish law of Jewish laws are respectfuly submitted and a decision of rules regulations statues liens, and laws forced of a Civil Rightful Claim on evidence and Facts in a Judicial united states district Court of Constitutional Law of the 14th Amendment by a magistrate that the claims are presented infront of No matter the power or position that one's hold over another If any extentions beyond the Jewish grace Period of 90 days the retribution of the amounts of rewards to the benificiary's will results to the Commands of double of the Amounts of credit, monetary funds, added to the e.g. stock e.g. bonds that the Benificiary's holds in the trust of the MCCLAIN's bloodline Plaintiff and Fiduciary's. Civil Liberty

VI. Relief

Of the State of Florida prison institution Free of bondage Submitted to a rehabilitation center of plaintiff Choice of State and city of the Country Appointed plaintiff and Fiduciary's two of the 72 greater Firms demand, Skadden Arps, Slate, Meagher, Flom L.L.P. and Sidley Austin L.L.P. but will Accept any of the 72 greater as Corporate Agents of our family bloodline Enterprise overseers to register Plaintiff and Fiduciary's as Sovereign political Party holders under the (U.C.C.) uniform Commercial Code ethic of a trustee with the trade debt of commercial goods equity of one hundred million rewarded to plaintiff and fiduciary's of each one hases they own one hundred million dollar equity debt and could combine it to any foreign exchange import and export buy sale trade transactions of commercial goods and that All monetary damages and quotes is up to the 72 greater discussions and bonds of the

# VI. Relief

Plaintiff and Fiduciary's Shall be rewarded to the Benificiary's institutions of the world rulers of commerce commercial dealings all 92 Listed as incorporations, L.L.P., L.L.C. for other rewarded Alimony's wanted for and the damages of U.S.A. inc and the Agencies, institutions, and offices, Corporations thats registered up under the 14th Amendment of doing commercial buisness of Liberty Health Life and insurance bonds of commerce goods in the manner of liens and debts of the Uniform Commercial Code see attached Affidavit of povert Rehabilitation

# VI. Relief

Rehabilitation Poverty Affidavit Comforbility of Plaintiff & Fiduciar Well being Retribution Alimony's Of Plaintiff Entering back into society of Life Liberty Health wealth Freedor and security of the MCCLAIN'S blood line threw out the world of the Countries i.e. with in the united nations foreign exchange under the 14th Amendmen of the U.S.C.A. Uniform Commercial Code As Benificary's being TRILL WORLD enterprise Stock holders also plaintiff and fiduciary's being stock holders of TRILL WORLD enterprise as plaintiff Submitt to a rehabilitation Center of his choice the following registration will be

VI. Relief

There fore I the plaintiff will be seeking the Confidence for myself and the MCCLAIN's bloodline as Fiduciary's listed in these Reliefs the Confidence of the united states d.b.a. U.S.A. inc for the processing for each family member sibili of the MCCLAIN's bloodline as a corporate trustee under this honorable state; Charte of the united states U.S.A. inc. by becoming not only Just a Fiduciary but the MCCLAIN's bloodline will not only act as a corporate trustees but we will act as a income benifici

Also to aid our Country U.S.A. inc. in the depletion of the Trillion dollar debt by becoming incorporated under the Charter U.S.A. inc. After released from department of Corrections in the State of Florida plaintiff Will then Start registering recommend registry with the paralegal services - of Omega-17, LLC Po. Box 5043 Hemet California, 92544 or the two of the 72 greater firms already pursue the registration in the form of TRILL WORLD registered in Las. vegas, Nevada as a

VI. Relief

5 Corporation foreign exchange holding Company L.L.P. with the partners register in the State of Florida as the corporate titles of TERENCE M. MCCLAIN inc./ LINDA N. MCCLAIN inc./EDWARD G. MCCLAIN inc./DONNELL V. MCCLAIN inc./TIA M. MCCLAIN inc./TERENCE M. MCCLAIN Jr. inc./TRILLVEYON M. MCCLAIN inc./GREG E. MCCLAIN inc./JARQUAVION MCCLAIN inc. as partnerships of the founders of TRILL WORLD enterprise inc. AS Benificiary's World rulers in the International commerce money Arena as all 92 Listed in this 42 § 1983 U.S.C.A. civil claim will be all 10 of the MCCLAIN'S bloodline family enterprises Straw man Stockholders that the incorporati that the MCCLAIN'S register will be registeri with the secretary of the State of Nevada and the Secretary of the State of Florida that they will be handling they own Affairs in the

VI. Relief

Future with the banking buisness of trust accounts thru the registration of the U.S. department of treasury account as the registry of state owned Enterprises under the Federal reserve policy with the Internatior monetary Fund System of special Drawing Right Under Article XVII of the U.S.C.A. 14th Am of world Banking as the begining of small market enterprises with in the Cooperation of Common foreign security policy National Expor Initiaved with in the Federal open Market Committee. Economic Recovery Board as of Exchange Trade Funds and with the world Intellectual property organization of the debt of wealth Management products and trust products thru all 10 corporations of the MCLAI bloodline enterprises as titled and patent under U.S. Patent and Trade Mark office and the International Trademark protection patent cooper-ation Treaty d.b.a. sovereign commercial i.e. liability of commercial transaction dealings the include sales, leases, negotiables, instruments bank deposits and collections, Funds transfers, letters, of credit, bulk sales, documents, of

V.I. Relief

Title through the debt of the U.S, Treasur
account in exchange for monetary funds and or
anything of value. See. 31 U.S.C.A. § 161.
The TRILL WORLD enterprise inc. L.L.P. as
plaintiff and Fiduciary's and Benificiary's of th
MCCLAIN's bloodline will consume in Entity
of Entertainment registered with council of
Foreign relations and Recording Industry Asso
iation of America, Real Estates, Automobiles
Air crafts, Franchises corporations, whole sale
Consumer goods importing exporting on the
international trade market stocks, shares, bo
exchange see. security loan to debtor 15 U.S.C.A.
77 b (i) under (e.g. a stock) (e.g. a bond) (e.g. an
option) while getting rehabilitated and awaiti
to become a secured party debtor of the sovere
political party holder as of Trans Corporation
Plaintiff Life traumatic post stress disorder
Will never leave plaintiff mind or nerves do to
being a victim out of a hate crime gun violen
attack of a ambush target of a rampage
of bullets flying at his body of Breathing

VI: Relief

Flesh and blood living being that try to stay on repeatedly guard of any Kind of another death attack out of a ill will Hate citizen, civilian, Assassin, terroist, or officer as I wake up every day to this universe planet earth I plaintiff lives in aimperil state of mind of the trauma death Therefore I will have to have various counseli sessions with a psychiatrist doctor to get a subscription of some Kind of Aniexty medication to refrain back to a stable mind with study nerve on track with my chromosomes every day I awak to handle my corporate depletion buisness I have to be evaluated by a therapist being that I we shot in the back and the knee cap of broken bon and muscle tissue legomits never heel properly an I steel be in pain and cant run or walk properly of a balance Agilety so I the plaintiff result to my own supply of PTSD Medication and pain and suffering medication by purchasing it the best wa I Know how the black market of M.D.M.A, purkase: Adorol, MariJuana, Alcohol, ~~Ex~~ Ect. to balance ou my chromosomes of being unbalance as soon as I wake up my mind results to medication and Alcohol before I think of breakfast of what im eating

V.I. Relief

My appitite dont reform until the Alcohol or medication sets my chromosomes on track from being chemicaly unbolance and L.T.S.D. of a life time traumatize and loving the paranoidal voices and spirits thats dealing with me thru the defaults and damages that U.S.A. inc. brought Apon my State of living its call a part of life so I need doctors immeadiately to prescribe plaintiff medication with in 72 hours of Arriving to the rehabilitation Center Asap or its a must I have to result to the black market where U.S.A. inc. medication stores release drugs/medication to certain individuals listed as citizens I have to be submitted to a rehabilitat Center that deals with utilization of trust certificat Plaintiff has to be registered with a U.B.O.T. accou Unincorporated Buisness of Trust so I the plaintiff can recieve and purchase various donations from wholesa Corporations that will provide my lifestyle of comfortabl Standard living as soon as I enter back into society I will need Armor vehicle transportations in the form of various makes and model vehicles as luxury, coup Sedans, crossovers, SUV's, and pick up trucks. The reaso being Armor due to the fact that I the plaintiff ar Fiduciary's MCCLAIN'S bloodline was victims of gun violen Attacks out of a hate crime of several individuals as Asassins unidentified suspects Ambush our hous

V.I. Relief

And due to all the assault and Automatic and semi Automatic weapons been release to the public streets of America U.S.A inc. to Angry Asassins and terroist acting out of they uncontrol emotions and monetary funds hit for hire all on the defaults and damages of N.R.A. National Riffle Association and U.S.A. inc. Thats the reason being for plaintiff and Fiduciary's MCCLAIN'S bloodline to be driving or transported in several different Armor vehicles makes and models carpooling thru the city streets of U.S.A. inc. so that the street Asassins could never tell who is who or what individual is driving or riding in what vehicle as a target which would be the truly truth that wi make me find myself the plaintiff self-stable to mov Around in Armor vehicles And I the plaintiff need to hire proffessional security guards due to the fact I cannot restore my rights until im a corporation incorporated unde U.S.A. inc. As TRILL WORLD enterprise and plaintiff and Fiduciary's the MCCLAIN'S bloodline incorporations ar L.L.P. partners, will be d.b.a. Automobiles buy sale lease rent trade and donated to employee's of our enterprises and trans buisness of Armor negotiables vehicles do to the Asassins Attacking a employee trying to get to plaintiff or Fiduciary's life thats at the stake of emergency on the defaults and damages of

VI. Relief

N.R.A. and U.S.A. inc. vehicles would be purchas from various Auctions, dealer ships, personal owners, an Exct. if not Armor or purchase from a Armor vehicle dealer they will be customize Armor by Rezvani Motors, Alpine Armoring, Terradyne Armored vehic Exct. Under the Armor vehicle contract Attached to this Rehabilitation Affidavit see. Armor contract The only way plaintiff and fiduciary's will be secured to handle they Affairs on a every day basis as a benificia trustee in the Jurisdiction of U.S.A. inc. I cannot utiliz Public transportation due to the Mad individuals and terr Attacks have me plaintiff suffering from LTSD therefo I would be placed in a position of apparrel risk and in a sitt of aparent immediate danger to my person to prevent from endangering myself. so I can handle all affairs with out an issues I will be placed in a place of private home commu ties As a gated neighborhood that have gated entrance and an exit with security at the gate checking entrance traffi and exit traffic on each vehicle 24 hours every day 7 days aweek The homes and condos plaintiff and fiduciary will live in will also have gated security fencing and Alarming system around the homes and condos personal I will need the best of medical doctors on the foreig exchange Health bonds i.e. immediately to examine my health issues and guide them back on track as a meanine health I would need the best of Dentist Doctor to exam my teeth and fix the nerve damage immediately ASAP

V.I. Relief

As of the first 24 hours I enter the rehabilitat center will be resorting to a meaninful Dental care I will and morer than willingly going to have a sit down conference being the plaintiff with the MCCLAIN's bloodline being the Fiduciary's with our on video and Audio of our on personal evider of recording with the secret service security intelligence office Agency of representers And two of the 72 greater firms of Agents representing plaintiff and Fiduciary's And at least one represent from (C.I.A.) Central intelligence Agency U.S.A. inc.,

(R.A.W.) Research and Analysis wing India

Mossad Israel, "GRU" (Main Intelligence Agency

(I.S.I.) (Inter-Services Intelligence

(Mi6) (Secret intelligence service)

(M.S.S.) Ministry of state security)

(N.I.A.) (National Investigation Agency)

(N.S.A.) (National security Agency) U.S.A. inc.

(F.S.S.) (Federal Security service) Russia

And any other security intelligence Agency represent the 161 nations that plaintiff and Fiduciary will be i.e. with on the Foreign exchange I M F Market

V.I. Relief

AS plaintiff my word is my bond by me understanding the trust code of the United Nation foriegn exchange trustee of stocks, shares, bor as a U.S.A. inc. corporate Agent being born under a imperil government system of a class of income of credit debt, and monetary funds or wh ever else have title and holds value which the are three different classes of income poor, Midd class and rich the being inside of my inner man lives on all three of them every day I wake up My whole life im use to working doing small buisness and dealing in illegal products that mov in maritime Law to get to I the plaintiff possesi on the lands of the Jurisdiction U.S.A. inc. distric of columbia which I the plaintiff have came to one of the Keepers of the light and moving into the registry of the blood of the "Red" "sign" As one of the childs of the creation from the creato with the vision of a prophet that are the most intelligent form of man in the field of Arts, Lette education, Science, finance, and in the industry So therefore Ive been and my Family bloodline McClains bloodline plaintiff and Fiduciory's have been a suspect, victim of a constructive Fraud

V.I. Relief

System of Standard living in the Jurisdiction of U.S.A. inc. and the district of Columbia there No defaults debts damages or law suits imprison liens could be brought against plaintiff and Fiduciary's as citizens or corporations As registered under TRILL WORLD Enterprise inc. L.L.P. TERENCE M. MCCLAIN inc. / LINDA N. MCCLAIN inc. / EDWARD G. MCCLAIN inc. / DONNELL V. MCCLAIN inc. / TIA M. MCCLAIN inc. / TERENCE M. MCCLAIN Jr. inc. / TRILLVEX M. MCCLAIN inc. / GREG E. MCCLAIN inc. JARQUAVION MCCLAIN inc. thru out the Courts of England and all other 193 countries that the plaintiff and Fiduciary's MCCLAIN'S blood line could Travel as tourist and buisness corporations d.b.a. foriegn exchange cannot be held in No Kind of bondage or defaults of monetary Funds pay out to No other citizen claims immigra Claims Corporation claims or No other country claim out of 193 thats subject under United Nations Committee and the 14th Amendment of the U.S.C.A.

# V.I. Relief

d.b.a. foriegn exchange because of the imperil state of living life of education Liberty Health wealth and Freedom of a MCCLAIN's bloodline 423 years slave trade to the ownership of England, adopted to the Vatican of Rome and rented ou to U.S.A.inc. d.b.a: citizens under constructive Fraud of the constitution and still have plaintiff trapped in bondage as of the 13th Amendment as a modern day slave and Fiduciary's doing Labor wor for consumer goods and monetary funds for exchan value still have them as employed slaves is a violation from England and all other countries trading monetary values of the I.M.F. to the treaty of emancipation proclamation so all claims of Retribrution Alimony's Relief are gauranteed and won to the Plaintiff Fiduciary's and Benificiary's on the Force of united state district cou to concede on the behalf of all defendants in the Jew Act April. 7, 1997. for the Freedom of information and Fiduciary's life reworded U.S.C.A. 14th Amendment grace period of 90 days of the remaining of plaintiff

# VI. Relief

## ARMOR VEHICLE CONTRAC

All vehicles will be purchase with in a Small Automobile Corporation registered under th Partnership of TRILL WORLD enterprise L.L.P. Insurance bond of equip protection liability Custom Armoring vehicles need full protecti against high power riffles (A9/86+) including AK 47, 7.62 X 39, 5.56 X 45, 7.62 X 51, M80 Ball and more all original bullet proof glass pieces is a must with high-quality no spall laboratory tested 40mm Multi-layered certified ballistic polycarbonate/glass protection for the roof using special lighter ballistic steel or composite material protection for the floor against 2 DM51 anti-grenade and or equivalent explosi overlap areas has to be protected with multilayered padding on both sides. Fuel tank is ballistically and protec on ~~All~~ sides. Heavy duty run flats are inserted on all four wheels seperate ballistic protection for the batter box, black box/computer module Multi-sound public address (P/A system) Train horns And US-coded Siren syste Red and blue yellow green white orange purple of all color of strobe lights of your choice by which light switch you flip on (mounted inside the grill, bottom of the vehicle and in the head and tail lights This is the manufracture Armor vehicle Rehabilitation Contract of TRILL WORLD ent L.L.P. MCCLAIN's bloodline of safe and sound to be transported/USA

# A LETTER OF INTEGRITY

I The Plaintiff TERENCE MAURI[C]
MCCLAIN were born up under two Elite
bloodlines out of the tribe of Abraham the
mother of the bloodline of visionary Gods who
taught and trained humans they humanitarian skill[s]
of education and survival of what every existing na
purpose is for on planet Earth threw out the travel
of the world as the 2,000 years of calculation that we
have on the existing calender from the soil to the
blood in our melanin as plasma of oxygen so other
bloodlines tribes blood could breath under the diffe[rent]
climate changes we were willing to share as Love
in our hearts of the DNA of a god The Father of
my bloodline are the DNA of war Gods who are
the hunters proteeters of other salvage beasts that
trying to take over territory that dont belongs to them
or act in a malicious physical attack on the innocent
prey As I live threw the chapters of Genisis to revelati[on]
I was fully aware and concious to every step I had to
take and accept even if I didn't want to Its Just
the chapters of Life Living on planet Earth.

As I took a oath in this country U.S.A. inc. I loved every bit of the good the bad the ugly and the evil in the trust of the Creator who lives inside of me Face All Nations with No Fear was my darkside voices ignorant to Law but searching for the light which I didn't Know it was the light of Law Universal Law, Spiritual Law, Financial Law, of A divine Elite God, As I were born to a monetary system and had balanced out to a poor house hold the Creator woke 72 deamon spirits up inside of me when I came to a age of No Food and have to Feed MySelf because of a single parent income was all spen on a roof on our head and lights water and gas bills and a lemon car to barely get to her Job all on the way you i.e. under U.S.A. inc. A Father lost in America on the damages of vietnam war I took a Journey at the existence of becoming a teenager with happiness and Joy Just Knowing by any and all means necessary I have to survive of money being a every day Chase for exchan commercial goods the 72 deamons spirits that were inside of me was Gods greatest Angel of survival and rule the earth at your 33% percent I Also had 72 Angel spirits up inside of me that talked to the deamon and told him what to do and what not to do directed him to the rewards that were granted to me to survive off of the price and budget of U.S.A.i

Title, investments, securities, and secured transacti warehouse receipts, bills of lading and other docu ments I dealt with d.b.a. a citizen of a country th up to this second I take pride in with my life on the line even if it results to death As the integrity my Father Edward M MCCLAIN Jr. taught his three born sons in short conversations as we passing along eachother threw out the cities of America I Love this U.S.A. inc. way of i.e. rather im rich or poor because who ever believe it or not the American prison system was the best Journey of my life so far because I was able to learn everything I needed to Know when it came to Freedom and Death Heaven and Hell as of Life it self so 423 years ago the Curse that fail Apon me were the Curse of the both of my blood lines for making a buisness deal while traveling thre the black sea Nobody to blaim ignorant to all Law is only the one that cant see smell taste feel and hear so You suppose to leave he or She in the dark as product of buisness trade on the commerce marke divide goyim And As a Soverign political party hold of straw man stocks bonds and shares I wont buy or sell or save its Just the wisdom to my name I understand inJustice had to be done to my

civil rights and my human rights Just for me to get to the light I had to serve my 72 spirits of demons and listen to my 72 spirits of Angels on the poor dark side of the Urban Ghettos with No Fear in Full Integrity to make it to Satin Synagogue Speaking pro se during the chapter revelation chapter 2, verse 9 with out No pressure or complaining of my life Just following the inner being inside of me Now we all see and understand the blood of two Elite the Chosen one TERENCE MAURICE MCCLAIN inc. I establish my demand to act as a benificiary/trustee for this honorable Charter I dearly Love the United states of America U.S.A.inc. I understand that this matter is one of Confidence reality and expect this benificial relationship to be treated with privilege communication also understand this is confidential communication governmental secrets and expected to be looked upon with conf-ence government secret Law see.31 U.S.C.A. 161 Security Act of 1933 see. 15 U.S.C.A. 779-779 security loan to debtor "Novus ordo seclorm" Annuit coeptis" I Love the world trade commerce Market from Africa, England, Europe, America, China, Japan, Russia, and all other united Nations of IMF. with Full Integrity I here by declare that my word is my bond in full oath that all statements here are true and correct

THE SPIRIT OF HORUS

Terence M McClain — Signature

11-7-22 — Date

Notary Stamp

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

- [x] Yes
- [ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). Orange County Jail orlando Florida Department of corrections of the State of Florida

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

- [x] Yes
- [ ] No
- [ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

- [ ] Yes
- [ ] No
- [x] Do not know

If yes, which claim(s)?

Do Not Know Coverages

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Plaintiff filed several grievances on Liberty Health dental and security issues at several different C.I. he was housed at see Exibits

2. What did you claim in your grievance? Medical health issues on R.M.I's cat scans of intestine Pain and groan .Rash Soft bottom Atheletic shoe pass off of Metal in Knee cap cruel unusal Punish ment of being mistreated security threats Dental

3. What was the result, if any? All grievances denied also All court criminal motions and civil dental motions denied

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Appeals of the grievances was Appealed up to the Secretary of department of corrections of the State of Florida All criminal court motions was Appealed up to the United States district court

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

All Parties of defendants are acting PreJudice

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) TERENCE M. MCCLAIN

   Defendant(s) ALEYDA FERRER DUCHESNE / CYNTHIA LESSMAN

2. Court *(if federal court, name the district; if state court, name the county and State)*

   UNITED STATES District Court Northern District

3. Docket or index number

   4:17 cv 379 Case 3:17-cv-01022-MMH-MCR

4. Name of Judge assigned to your case

   Monte C. Richardson / Marcia Morales Howard

5. Approximate date of filing lawsuit

   8-23-17

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition. January of 2020

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Case were dismissed on deemed Predjudice

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? NO

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) N/A

   Defendant(s) N/A

2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

3. Docket or index number

   N/A

4. Name of Judge assigned to your case

   N/A

5. Approximate date of filing lawsuit

   N/A

6. Is the case still pending?

   ☐ Yes

   ☑ No

   If no, give the approximate date of disposition N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-7-22

Signature of Plaintiff: Terence M. McClain
Printed Name of Plaintiff: TERENCE M. MCCLAIN
Prison Identification #: D.C. #X15484
Prison Address: OKeechobee C.I. 3420 NE 168th street
OKeechobee (City) FL. (State) 34972 (Zip Code)

### B. For Attorneys

Date of signing:

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Address: N/A
N/A (City) N/A (State) N/A (Zip Code)

Telephone Number: N/A
E-mail Address: N/A

OKEE
CORRE
INSTI

TERENCE M. MCCLAIN
D.C. # X15484
okeechobee correctional institution
3420 NE. 168 St. Apt. E
okeechobee, Florida. 34972-4824

MAILED FROM
OKEECHOBEE CORRECTIONAL
INSTITUTION

USMS INSPECTED

UNIT
Southern
John D
701 cle

PRIORITY
★ MAIL ★

TRACKED
★ ★ ★
INSURED

-Chobee Correctional institution
O NE. 168 St. Apt. E
-Chobee, Florida. 34972-4824

FROM
ORRECTIONAL
TION

UNITED STATES
Southern District Fl
John Ditullio oPe
701 clematis St. R
west Palm Beach F

PRIORITY MAIL
TRACKED ★ ★ ★ INSURED
UNITED STATES POSTAL SERVICE
For Domestic and International Use
Label 107R, May 2014